AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT **FILED**

for the

Eastern District of California

**MAR 17 2014**

**CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**
BY _____
    **DEPUTY CLERK**

United States of America )
v. )
) Case No.
)
)
)
NICHOLAS MICHAEL TEAUSANT )
    *Defendant(s)*

**2:14 - MJ - 0 0 6 4    DAD**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 15, 2014 and March 16, 2014___ in the county of _____San Joaquin_____ in the ___Eastern___ District of ___California___, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC 2339B(a)(1) | Attempting to Provide Material Support or Resources to a Foreign Terrorist Organization |

This criminal complaint is based on these facts:

(see attachment)

☒  Continued on the attached sheet.

_____
*Complainant's signature*

Justin Jacobs, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __3/17/14__

_____
*Judge's signature*

City and state: __Sacramento, CA__

Dale A. Drozd, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Justin L. Jacobs, being duly sworn, hereby state as follows:

### I.  INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent ("SA") for the Federal Bureau of Investigation ("FBI"). I
have been employed with the FBI for more than six years, and have been a SA since September
2007. I am presently assigned to the FBI Sacramento Division, Modesto Resident Agency. I am
assigned to the Joint Terrorism Task Force ("JTTF") and have been since March 2008. During
my career as an FBI SA, I have participated in numerous investigations of individuals who were
involved in criminal and terrorist related activities and motivated by an extremist ideology. In
addition, I have received training regarding terrorism related offenses, computer related
investigations, counter intelligence investigations, counter-proliferation investigations, and other
National Security matters. I have also conferred with other SAs who have expertise and
experience in similar offenses.

2.  This affidavit is submitted for the limited purpose of establishing probable cause
to support a criminal complaint charging the subject with knowingly attempting to provide
material support and resources to a foreign terrorist organization in violation of Title 18, United
States Code, Section 2339B. This affidavit does not purport to set forth all of my knowledge of
or investigation into this matter. Unless specifically indicated otherwise, all conversations and
statements described in this affidavit are related in substance and in part only. All dates are on or
about the referenced date.

3.  The information contained within this affidavit is based on, *inter alia*: (1) my
participation in the investigation of NICHOLAS MICHAEL TEAUSANT (hereinafter

1

TEAUSANT); (2) the statements of confidential human source(s); (3) consensually recorded communications between TEAUSANT, confidential human source(s), and/or undercover law enforcement officers; (5) discussions I have had with other investigating law enforcements officers based on their investigative activities; (6) review of documents; and (7) information obtained from knowledgeable FBI personnel, specifically personnel responsible for tracking and analyzing credible information regarding al-Qa'ida in Iraq, and an Arabic-English linguist.

4 .     Certain quotations herein are taken from preliminary, not final, transcripts of recorded conversations that transpired in English.  Limited portions of the conversations occurred in Arabic, and translation of such portions is preliminary. The translation of Arabic words is set forth in brackets after the Arabic word or phrase.

## II.   SUBJECT: NICHOLAS MICHAEL TEAUSANT

5 .     As confirmed by surveillance, TEAUSANT is a 20 year old male who resides in Acampo, California. He is a student at San Joaquin Delta Community College in Stockton, California.  Acampo is an unincorporated location approximately four miles from Lodi, California. TEAUSANT does not own a car.

6 .     Until recently, TEAUSANT was enrolled as a member of the U.S. Army National Guard (the "National Guard"). According to the Department of Defense Employee Interactive Data System (DEIDS), TEAUSANT's service date with the National Guard began on April 30, 2012, but he did not meet the minimum qualifications to continue.  As of December 2013, he was in the process of being released by the National Guard, however to this date he has not officially been released.  TEAUSANT thus technically remains a reservist with the rank of PRIVATE, with a job code of "Trainee Unassigned" in the 118th Maintenance Company based in

2

Stockton, California. TEAUSANT's training was minimal; due to his lack of required academic credits, he never attended basic training.

## III.    SUMMARY OF INVESTIGATION

7.    Beginning on October 3, 2013, and continuing to the present, there is probable cause to believe TEAUSANT, a United States citizen, has explored ways of supporting violent extremist activities and providing material support to various terrorist organizations, culminating in his attempt to join a foreign terrorist organization known as Al Qa'ida in Iraq, which has recently announced it was changing its name to the Islamic State of Iraq and the Levant, also translated as the Islamic State of Iraq and Syria, as discussed below.

### A.    The Islamic State of Iraq and the Levant

8.    Based on my training and experience, review of open source materials, and information obtained from knowledgeable FBI personnel, I have learned the following about the group variously known as al-Qa'ida in Iraq, the Islamic State of Iraq and the Levant, the Islamic State of Iraq and Syria, and the Islamic State of Iraq and al-Sham.

9.    In 2004, the U.S. Department of State designated a group known by many names but most popularly in the West as al-Qa'ida in Iraq (AQI) as a foreign terrorist organization under Section 219 of the Immigration and Nationality Act and designated the same as a "specially designated global terrorist entity" under Executive Order 13224. Those designations were amended in 2012 to include additional aliases of the organization, including the Al-Nusrah Front, Jabhat al-Nusrah, and Al Nusrah Front for the People of the Levant. 77 FR 73732 (Dec. 11, 2012) (Public Notices 8104 and 8105). In January 2012, the 2004 designation of AQI as a

3

foreign terrorist organization under Section 219 of the Immigration and Nationality Act was amended to include "Islamic State of Iraq" as an alias of AQI. 77 FR 4082 (Jan. 26, 2012).

10.    As early as 2005, a person known by many names and referenced herein as Abu Bakr al-Baghdadi ("al-Baghdadi") was identified as a senior AQI leader. After the deaths of the top two AQI leaders in 2010, al-Baghdadi assumed leadership of AQI. On October 7, 2011, the U.S. Department of State designated al-Baghdadi as a "Specially Designated Global Terrorist." 76 FR 62494.

11.    In or around April 2013, al-Baghdadi released a video statement in Arabic describing the history of AQI and announcing that the organization was changing its name to the Islamic State of Iraq and the Levant, specifically stating "we announce the abolition of both names, the Islamic State of Iraq and the Al-Nusrah Front, and we merge them under one name, the Islamic State of Iraq and the Levant."

12.    According to an Arabic-English linquist I spoke with, translating the "Levant" from Arabic into English results in a number of generally accepted translations, including "al-Sham" and "Syria." Thus, in English language sources, the name of the group is variously understood as the Islamic State of Iraq and the Levant (ISIL), the Islamic State of Iraq and Syria (ISIS), and the Islamic State of Iraq and al-Sham. Throughout this affidavit, except when it is a direct quote from TEAUSANT, the group will be referred to as ISIS.

13.    Since al-Baghdadi's announcement of the name change, ISIS has claimed credit for a number of terrorist activities, including seizing Fallujah, a city in western Iraq, and rocket attacks on East Lebanon in March 2014.

B.    **INSTAGRAM AND ASK.FM COMMUNICATIONS BY TEAUSANT**

4

14.    A review of publicly available information on the social networking site Iphonegram/Instagram revealed several communications connected to TEAUSANT indicative of his desire to conduct violent jihad and to be a part of America's "down fall." The individual posting under "Assad Teausant bigolsmurf" is believed to be TEAUSANT because in the initial post referenced below, a picture was posted of TEAUSANT standing in front of a U.S. Army Corps of Engineering Sacramento sign (iphonegram.com/p/467577114799228177_209488440).

15.    On or about May 31, 2013, user Assad Teausant bigolsmurf posted:  @don_quad lol "don't get me wrong I despise america and want its down fall but yeah haha.  Lol I been part of the army for two years now and I would love to join Allah's army but I don't even know how to start."

16.    On or about August 5, 2013, user Assad Teausant bigolsmurf posted:  Anyone know where I can get the "lone Mujahid pocket book" #alqaeda#jihadist#jihad #islamicpride#muslim#mashallah#islam#allah#AllahuAkbar#thelonemujahid.

17.    Based on my training and experience, I am familiar with the "Lone Mujahid Pocketbook." It is an how-to guide for becoming a lone wolf terrorist, available online, and includes articles like: "Torching Parked Vehicles," "Bomb Making," "Remote Control Detonation," "Training with the AK," and "Tips for our brothers in the United Snakes of America." It is, in essence, a compilation of prior articles scattered through previous issues of Inspire magazine.  Inspire magazine is an English-language online magazine associated with foreign terrorist organizations such as Al Qaeda in the Arabian Peninsula.  It has been published on multiple open source websites.

18. On the forum ask.fm, publicly viewable, a user named "assadthelion" identified himself with a picture of TEAUSANT, and indicated he was a soldier with the U.S. Army and living in Lodi, California. The user's statements generally appear accurate as they relate to TEAUSANT. Various users asked assadthelion questions, which he answered as follows:[1]

> In or about late November 2013:
>
> > Question: If you could have any question answered, what would it be?
> >
> > Answer: how do you bring america to its knees?
>
> --------------------
>
> In or about late July 2013:
>
> > Question: are you a terrorist??
> >
> > Answer: Lol as if I would tell the truth about That haha wow and no I'm not.
> >
> > Question: Where do you wanna go for fighting... *hebah* [In this context, the meaning is unclear. *Hebah* could be a nickname, but the literal translation is "donation."]
> >
> > Answer: *wa alaikum salaam* [greetings]. I want to go fight in Syria.
>
> --------------------
>
> In or about late June 2013:
>
> > Question: Which foreign country do you dislike the most?
> >
> > Answer: I live in it.

---

[1] There are numerous questions and answers in addition to those excerpted here, which range from questions like the above to questions regarding assadthelion's favorite flavor of ice cream.

## IV.   TEAUSANT'S COMMUNICATIONS WITH FBI CONTACTS

### A.   **Background**

19.   As part of the investigation into TEAUSANT's activities, individuals associated with the FBI engaged in contacts with TEAUSANT, although their association with the FBI was unknown to TEAUSANT.

20.   Direct and electronic contacts were made by a confidential human source working with the FBI, hereinafter referred to as CHS.  CHS assisted in this investigation in exchange for financial compensation.  Information provided by CHS in this investigation has proven reliable and in many instances was independently corroborated through recordings of conversations and other sources of information in the investigation.  I am not aware of CHS providing false or intentionally misleading information in this investigation.  CHS does not have a criminal history. For these reasons, I consider CHS's information in this investigation to be reliable.

21.   Additional direct contact was made by an undercover law enforcement officer referred to as "UC," herein.

### B.   **CHS Contacts with Teausant, Background**

22.   On October 5, 2013, CHS met TEAUSANT for the first time in a public location in Stockton, California, after being introduced by a mutual acquaintance (who was unaware of and is otherwise unrelated to this investigation) because the acquaintance understood both CHS and TEAUSANT were converts to the Muslim religion.  After the individual introduced CHS to TEAUSANT, CHS and TEAUSANT talked briefly before TEAUSANT had to leave.  Before parting TEAUSANT asked if the two could meet for breakfast the next morning, and they made plans to do so.  TEAUSANT provided his cell phone number to CHS.

7

23.   On October 6, 2013, CHS and TEAUSANT met for breakfast at a restaurant in Stockton, California, at which the following exchanges occurred.

a.   TEAUSANT told CHS that he follows certain groups on line, was a member of certain forums, and read Inspire magazine. CHS asked TEAUSANT if his girlfriend knew he was on those sites. TEAUSANT advised she did not and that she would tell the police if she knew. TEAUSANT later told CHS that he told a friend at the student mosque that he engaged in the computer forums and that his friend became upset, asking TEAUSANT, "what's wrong with you?" and advising him not to "talk about that stuff."

b.   TEAUSANT advised that he had downloaded Inspire and a copy of the Mujahadeen pocket book, stating that he used a library computer to download information to a thumb drive that he then took to his password protected/fingerprint scan access laptop for viewing.

24.   On October 20, 2013, CHS and TEAUSANT met in Stockton, California. During this meeting, the two were in various places in Stockton, including a flea market. TEAUSANT stated he wanted to go to Syria to fight, but did not know how to get there. He said he had sent cash to support the Mujahadeen. While in the flea market, TEAUSANT observed a vendor selling U.S. Military style uniforms for approximately $10 each and the two discussed the desirability of sending the uniforms overseas. TEAUSANT later texted CHS asking him whether, if TEAUSANT obtained the uniforms, CHS could "get them to the places they need to go?"

8

25.   On October 24, 2013, TEAUSANT texted CHS that he had been reading Inspire and was upset and wanted to help the "Blind Sheikh." He advised CHS "we HAVE TO DO SOMETHING NOW!"[2] CHS advised caution and meticulous planning. TEAUSANT responded, "That is fine with me your right I know you are...but I want this to end someone or something needs to happen. I'll do anything possible. We need to plan In person and get together and I'll do the acting I'll be the pawn. You just figure out the brainy stuff...I'll help and plan but something needs to happen." CHS followed up with a phone call to TEAUSANT. During that call, TEAUSANT advised he would stay calm to avoid making mistakes. TEAUSANT further stated he wanted to fight overseas and that Muslims in the West needed to rise up.

26.   On October 28, 2013, TEAUSANT advised CHS that he had many ideas he wished to share with CHS, stating his goal was maximum fear and a maximum blow to the U.S. government so he could watch it tumble and fall in the wake of a civil war.

27.   On November 17, 2013, TEAUSANT texted CHS advising him that though they were not as regularly in touch that CHS should not forget TEAUSANT. TEAUSANT stated he had made plans of his own and met a "dear brother" in person describing him as "my fellow *Akhi* [brother] who loves to give 'aid.'" Teausant continued "I don't know how much longer I'll be alive in this *dunya* [earthly life/world] and before I die I want to do SOMETHING."

---

[2] Issue 10 of Inspire, published in Spring 2013, included what purported to be a letter from Omar Abdel-Rahman, known as the Blind Sheikh, describing his conditions of incarceration in the United States to include being placed in isolation, denied media players and radios, being searched before and after visitations, and washing his own undergarments. The letter speculates that he could be being poisoned.

28.   On November 18, 2013, CHS responded via text message. TEAUSANT responded that he had met the other "brother" twice, and also with a different "mail brother," continuing "they are good brothers and we will see what happens *inshallah* [God willing] I can make plans and start a Free aid program in the US for the western branch." CHS responded: "Sounds good. They will be able to help you with this 'aid' program?" TEAUSANT replied: "They think so with the supply and some contacts to help give aid overseas and bring aid here when needed."

29.   On December 5, 2013, TEAUSANT texted CHS asking how he could acquire a "firework" from China Town.  CHS inquired what type of fireworks and TEAUSANT responded "Mm the big loud one! With the biggest boom and the one that's also compact!! Lol or at least close to it." A later text from TEAUSANT to CHS stated: "Don't go to LA Anytime soo *Akhi* Please trust me on this...and if you do go don't use the subway."

30.   During a phone call on the same date between TEAUSANT and CHS, TEAUSANT advised that he had been on a camping trip with seven people over the weekend after Thanksgiving, who discussed "hitting" Los Angeles on New Year's Eve or New Year's Day, specifically targeting the subway in Los Angeles.[3]

31.   On December 6, 2013, CHS received the following text message from TEAUSANT: "If anyone knows where to Aqquire a firework that won't set Alarms off or is easy to hide then let me know I'll need one! I'm not making my first one haha[.]"

---

[3] While not well known, there is a subway/rail system in Los Angeles. En.wikipedia.org/wiki/Metro_Rail_(Los_Angeles_County). The investigation has not corroborated the camping trip as described by TEAUSANT.

32.    On January 4, 2014, CHS picked TEAUSANT up at his home and the two went to a restaurant in Stockton, California, after which they walked around the general Stockton area and CHS drove TEAUSANT back home. During this meeting, the following exchanges occurred:

a.    CHS asked TEAUSANT what had happened with his plans, and TEAUSANT advised that "they" had been "tipped off" and the plan to bomb the subway was therefore off.  TEAUSANT advised that it had been "all set up," and then "they called it off." TEAUSANT further advised that he had heard about someone being identified and arrested by the FBI through contact on Facebook,[4] and he had met his contacts regarding the subway plan on Facebook and so "all these red flags are like popping in my head" so he had terminated contact with those individuals, who had last attempted to contact him via e-mail.

b.    TEAUSANT advised that he had gained custody of his infant daughter, but had arranged custody so that if he "disappeared" his mother would have parental rights while he was "off doing what [he] need[ed] to do." He further stated that he wanted to bomb his daughter's daycare because it was at a "Zionist reform church."

c.    CHS told TEAUSANT that it was unclear if he was serious about his activities or not, given that he talked about various plans and did not seem to follow through.

---

[4] On January 1, 2014, TEAUSANT texted to the CHS a link to an article regarding an terrorism defendant who had been contacted surreptitiously by the FBI via Facebook, and expressed concern about the brothers he was meeting with because he had met them through Facebook as well.

d.    TEAUSANT advised he wanted to fight in Syria, and stated he needed to get his passport and would travel through a Canadian airport, traveling to Canada via Greyhound, rather than traveling to Syria directly from the United States. TEAUSANT indicated that he could train fighters in Syria to shoot properly.

e.    CHS asked who TEAUSANT wished to be a part of, TEAUSANT stated "I like ISIS," and continued "Islamic state of um crap...I forget. Islamic State of Al Sham."

f.    CHS indicated that TEAUSANT should consider his course, take time to decide what he really wanted. TEAUSANT stated: "well you know if you tried to stop me I'd find another way around you.... If someone tried to stop me, I'd find my own way to do it. [UI] I'll either go there by myself and struggle and eventually get there late to the fight and still get there or you know, you know either way I'm going to either die trying to go so [UI]." CHS told TEAUSANT he had a mentor who could assist, if TEAUSANT decided he wished to proceed. CHS advised TEAUSANT to take a few days to decide what he wanted, and TEAUSANT responded "I'll give it two days so that you're comfortable knowing that I made up my mind."

g.    As CHS dropped TEAUSANT at his home, TEAUSANT observed that if his mother were to "jeopardize something that I had going, I would do what I needed to do," continuing to state "If I needed to, I would kill her. I love her, but she's still a *kufar*[5] [infidel or non-believer]." TEAUSANT mentioned the possibility of simply tying her up,

---

[5] In or around November 2013, TEAUSANT posted an image on his Instagram account in the style of a recently popular saying that read: "KEEP CALM AND KILL KUFFAR." (instagram/post/590997525150156730)

but stated "it's just easier to put a bullet in the head"[6] because "if you tie someone up, then you got to worry about them screaming or [UI] sooner before you get there." TEAUSANT said when he discusses the Taliban or "anything terrorist" with his mother he tells her "'I would never do that. That's so horrible.' And in my head I'm thinking, 'Good job.'"[7]

33.    On January 07, 2014, TEAUSANT contacted CHS and stated "you know my answer, I'm ready." TEAUSANT indicated he had prayed about it, and that he intended to get his passport and travel around his spring break so it would not look suspicious.

34.    During January 2014, CHS and TEAUSANT stayed in limited contact, in which TEAUSANT reported he was attempting to find his previously-issued passport and attempting to renew his passport. On or about January 29, 2014, CHS texted TEAUSANT that there was a matter affecting them both that they needed to discuss and they arranged to meet in the Lodi, California area on February 1, 2014.

35.    During the February 1 meeting, the following exchanges occurred:

a.    CHS advised TEAUSANT that he had discussed TEAUSANT with his mentor, who was interested in speaking with TEAUSANT, but that they had reviewed his blog and were concerned that the videos were "too vocal" and might draw unwelcome attention. TEAUSANT responded "believe it or not, that was me downplaying it." TEAUSANT described a video he had previously posted, but took down, as showing an

---

[6] In conversation with the CHS, TEAUSANT has also indicated that he does not currently own a gun.

[7] In a blog post that appears to be by TEAUSANT, and which is publicly viewable, on January 8, 2014, TEAUSANT stated "I promote Jihad, Not terrorism and yes there is a difference." Whyislamchangedmylife.blogspot.com/.

American soldier in Iraq in front of a dead Iraqi "and then it showed his [the soldier's] head chopped off and some guy dancing around with it. Like – there's like a before and after picture and then it says, 'This is why you don't mess with us.'"[8]

b.   TEAUSANT advised he had found his prior passport, which did not expire until April 2014, although he had already applied for a new one. TEAUSANT said he thought he would get the new passport in six weeks and that he could have had it expedited if he had a "valid reason," but he didn't feel like "explaining to the government why I need my passport sooner." He continued "Call up the FBI, like 'Why do you need your passport so soon?' 'Oh, you know I planned on uh-betraying you, killing you, and bombing you.'"

c.   TEAUSANT advised that he thought about traveling when he had two weeks off, before the end of the school semester, because he could convince his mother that he would be going snowboarding with a friend at Mount Whistler,[9] and she would therefore not be suspicious about why he wanted his passport.

d.   CHS advised TEAUSANT that he did not have to travel and if he changed his mind about his plans, the two would remain friends. TEAUSANT said nothing had changed and that he would "smuggle [himself] out of the country if [he] could."

e.   TEAUSANT again stated he wanted to join ISIS, also calling it the Islamic State of Al Sham. He said he was never returning to America, unless it was after President Obama was dead, Congress was gone, and there was "anarchy and chaos."

---

[8] Search for this video has not resulted in confirmation of its existence. Given the volume of video on the web, search results are inconclusive at this point.

[9] Mount Whistler is a ski area in Canada, near Vancouver.

14

f. TEAUSANT stated he would make a video for ISIS but he would not cover his face, he would be "the one white devil that leaves their face wide open to the camera."

g. TEAUSANT expressed his desire for his mother to "try something" so he could have an excuse to put a bullet in her head and "five or six" bullets in his stepfather's head.

36. On February 10, 2014, CHS and TEAUSANT met at a coffee shop in Stockton, California, and the following exchanges occurred:

a. TEAUSANT advised that he was "part of a Facebook page that's called Al Sham," and of another "Facebook page that's about jihad."

b. TEAUSANT showed CHS a picture of his passport. The two discussed that he would be able to travel with his passport, although it expired in approximately two months (April 2014). CHS inquired which U.S. border TEAUSANT intended to cross. TEAUSANT indicated the Canadian border, and expressed his preference for taking a bus there because bus stations "aren't monitored ... and nobody asks question on there." CHS advised that his mentor was interested in meeting with TEAUSANT.

c. TEAUSANT and CHS discussed TEAUSANT's future and CHS indicated that TEAUSANT could someday be working as a facilitator in the United States, as CHS was [purportedly] doing. TEAUSANT rejected the idea of returning to the United States, stating that "my designs have me staying there [in Syria] and being on every news station in the world." "I'm going to be a commander and I'm going to be on the front of every

single newspaper in the country." He continued, "Like I want my face on FBI's top twelve most wanted. Because that means I'm doing something right."

3 7.     On February 22, 2014, CHS and TEAUSANT met at a coffee shop in Lodi, California and the following exchanges occurred.

a.     TEAUSANT showed CHS his original passport. CHS questioned why TEAUSANT wished to leave so quickly, and whether he knew what was going on in Syria. TEAUSANT stated that he thought "the sooner, the better. I mean, especially since uh-especially since they're planning a huge offensive attack on FSA in two weeks. ... I just keep up on everything they do."[10]

b.     TEAUSANT advised that he could buy a ticket to the Canadian border for March 15, 2014, and the CHS responded that he could do so but there was no guarantee he would have assistance before he met with the CHS's mentor.

c.     CHS advised again, that if TEAUSANT decided not to proceed, they would still be friends. TEAUSANT responded "you can stop that train of thought." He continued, "I prayed about it like you said. My resolve is pretty clean cut." At the end of the meeting, CHS reiterated that "if it comes out that you don't want to go, right, we'll still be friends.... [I]t's okay to choose one way or the other." TEAUSANT responded, "I already chose" and continued that it "still kind of feels like you're, like, trying to push me not to."

---

[10] Based on my training and experience and information obtained from knowledgeable FBI personnel, FSA is the generally accepted acronym for the Free Syrian Army, a coalition of groups opposing to the Assad regime in Syria, although there are other groups independent of the FSA that also oppose the Syrian regime. Since late 2013, FSA and ISIS have engaged in increasingly open and hostile battles in Northern Syria, with ISIS utilizing tactics like suicide bombings targeting forces opposing the Assad regime.

d.     CHS asked if there was anything TEAUSANT wanted him to tell the

mentor about. TEAUSANT responded that he had a "very serious military side," that he

doesn't "get squirmy" when he sees blood or watches someone get shot. TEAUSANT

said to tell the mentor about his training in marksmanship, mapping, physical agility, and

"mentally separating yourself from your body, and running for two days straight with

three hours of sleep."

e.     TEAUSANT advised that he already had his bags packed, with boots,

thick wool socks, and a military uniform "thing."

f.     TEAUSANT stated he was keeping up on all of the "Al Sham Levant

pages, clarifying the "Islamic State of Iraq of Al Sham" and "Iraq – Levant." He stated

he "joined their pages" with his "alternate" Facebook account under the name Assed-

Assed Abdul Jabar.

**C.     TEAUSANT Meets with CHS and Undercover Law Enforcement Officer**

38.     On March 5, 2014, CHS drove TEAUSANT to a meeting with an undercover law

enforcement officer who purported to be CHS's mentor ("UC"). The meeting occurred in a

hotel room in Stockton, California. After a brief exchange among CHS, TEAUSANT, and UC,

CHS left the room. The following exchanges then occurred:

a.     UC told TEAUSANT that he had heard a lot from CHS, but that he

wanted to hear from TEAUSANT directly. TEAUSANT advised he was recently

discharged from the U.S. Army and had a skill set that "most brothers wouldn't

17

particularly have."[11]  He said he was "very supportive of ISIS," because they fight based upon the *Sunnah*[12] and without help from the West. TEAUSANT said he understood that FSA and ISIS had been fighting together before "FSA betrayed us," and that he had researched ISIS (referring to it as the Islamic State of Iraq and Levant) before he converted to Islam.  In the course of that research, TEAUSANT advised he had learned that al-Qa'ida was receiving aid from the West, and stated: "it didn't make a whole lot of sense to me for fighting for a group that's getting paid by the people they're trying to fight."

b.     UC asked if TEAUSANT had any items from the military that might assist the brothers overseas. TEAUSANT indicated he did not.

c.     UC advised TEAUSANT that there were two forms of jihad, an internal struggle and teaching others about the true path of Islam, and the external fight against enemies of Islam. TEAUSANT stated he wanted the external fight because he already engaged in "internal jihad every single day" because he was a white Muslim convert.

d.     UC advised TEAUSANT that the battlefield TEAUSANT was seeking out was chaotic, the battlefield was unclear, and that sometimes women and children were dying. TEAUSANT indicated he was undeterred by this information.

---

[11] As noted above, TEAUSANT has not attended basic training in conjunction with his association with the National Guard.  The FBI has not found evidence that TEAUSANT has otherwise obtained military-style training.

[12] According to an Arabic-English linguist, *Sunnah* literally translates as "doctrine," and is generally understood to be a compilation of Islamic teachings that various groups believe are the true and correct teachings of Islam.

18

e. UC asked if TEAUSANT had everything in place, and TEAUSANT advised that he had to get the money for a ticket and that he could do so within two weeks.

f. UC advised that he was going to pray over his own decision and advised TEAUSANT he had two days to think about it, and they would meet again. UC stated that if TEAUSANT changed his mind he should call the CHS. TEAUSANT responded that he had told CHS numerous times that he was ready to go and that CHS "really need[ed] to stop asking" if TEAUSANT was sure.

39. On March 7, 2014, TEAUSANT went to a park in Stockton, California to meet with UC. An FBI special agent acting undercover attended the meeting, and waved TEAUSANT over to the car. After TEAUSANT got in the car with the agent and UC, the agent left the car. The following exchanges occurred:

a. UC asked TEAUSANT if he still wanted to join the "brothers of ISIS." TEAUSANT said yes, and UC said he had decided in TEAUSANT's favor. He advised TEAUSANT to purchase his ticket to the Canadian border and to plan on traveling on March 21. UC told TEAUSANT to let CHS know when he had the ticket in hand.

b. TEAUSANT volunteered a book with notes inside regarding battle tactics for invading a city and setting up a command point,[13] which he took during his time with the U.S. military. UC asked if he could keep the book and if it was for the mujahedeen. TEAUSANT responded affirmatively.

---

[13] Review of these notes reveals them to be very limited. The book itself (a zipper portfolio style binder) was confirmed with the National Guard to be an item issued to recruits for use in conjunction with military training.

19

### D.   TEAUSANT Takes Final Steps to Travel

40.   Shortly after the March 7, 2014, meeting between TEAUSANT and UC, TEAUSANT texted CHS. In that text, TEAUSANT indicated that he wished to sell his laptop computer to generate funds for his trip. CHS told TEAUSANT he would see if a friend was interested in the laptop. TEAUSANT and the "friend," an FBI special agent, engaged in separate text communications regarding the specifications and price of the laptop. As a result of this exchange, TEAUSANT sold his laptop through CHS and, unbeknownst to TEAUSANT, to the FBI, during a meeting with CHS on March 8, 2014. TEAUSANT advised CHS that he had wiped the laptop of information.

a.   A forensic analysis of the laptop is in progress and indicates that while information was deleted, there is significant information still contained in the unallocated space of the hard drive. Preliminary analysis of the laptop data showed the following:

i.   Excerpts of Inspire magazine, including the issue in which the letter from the Blind Sheik appeared.

ii.   A Facebook message reading "From #ISIS in Latakia. #ISIS Mujahid Abdul Wahab, A Russian known to Terrorized [sic] the enemies of Allah...." and referencing Wahab's "martyrdom."

iii.   Web searches including "how to build a bomb," and "where can I buy an ISIS flag."

41.   After the March 8, 2014, meeting, CHS and TEAUSANT went to an Amtrak station so TEAUSANT could purchase his ticket. TEAUSANT was unable to purchase a ticket at the kiosk (the only method available there), because Amtrak did not permit purchase of

international tickets at the kiosk. TEAUSANT advised CHS that he would go to Target and obtain a Target Visa card and purchase the ticket on line.

42. On March 8, 2014, TEAUSANT texted CHS and advised there was a three day hold on the funds on the Visa card.

43. On March 10, 2014, TEAUSANT sent CHS an image of an Amtrak itinerary for a purchased ticket in his name leaving from Lodi, California at approximately 10:30 p.m. on Saturday, March 15, 2014, and continuing through to Vancouver, Canada, arriving at its first Canadian stop in the evening of Sunday, March 16, 2014.

44. On Saturday, March 15, 2014, at approximately 10:00 p.m., FBI agents observed TEAUSANT at the Amtrak station in Lodi, California. The train was late arriving in Lodi. At approximately 11:20 p.m. agents observed TEAUSANT board Amtrak train number 703 in Lodi, California, and depart on the train shortly thereafter.

45. Consistent with the planned itinerary, although behind the original schedule, at approximately 12:20 a.m., on Sunday, March 16, 2014, agents observed TEAUSANT switch trains in Sacramento, California to Amtrak train number 14, headed for Seattle, Washington.

46. At approximately 9:20 p.m., on Sunday, March 16, 2014, in Seattle, Washington, FBI agents observed TEAUSANT board the final leg of the trip he booked, bus number 8914, which travels directly from Seattle, Washington, into Canada.

47. At approximately 11:40 p.m. on Sunday, March 16, 2014, in Blaine, Washington, just short of the Canadian border, U.S. Customs and Border Protection performed an outbound border stop on the bus. TEAUSANT advised he was traveling to Vancouver, Canada, after which he was removed from the bus and placed under arrest.

21

## V.   CONCLUSION

48.   Based on the foregoing, I believe there is probable cause to believe that

TEAUSANT, knowingly attempted to provide material support and resources, that is, his own

services, to a foreign terrorist organization in violation of Title 18, United States Code, Section

2339B.

Justin L. Jacobs
Special Agent, FBI

Reviewed and approved as to form.

JEAN M. HOBLER
Assistant United States Attorney

SUBSCRIBED and SWORN to before me
this *17th* day of *March* 2014.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

22