1 | BENJAMIN B. WAGNER
United States Attorney
2 | JEAN M. HOBLER
JASON S. HITT
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2900

6 | ANDREW SIGLER
Trial Attorney, National Security Division
7 | U. S. Department of Justice
950 Pennsylvania Avenue, NW
8 | Washington, DC 20530

9 | Attorneys for Plaintiff
United States of America

**FILED**

MAR 26 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICHOLAS MICHAEL TEAUSANT,

aka Assad,

Defendant.

CASE NO. 2:14-CR-0087 JAM

18 U.S.C. § 2339B(a)(1) – ATTEMPTING TO PROVIDE MATERIAL SUPPORT AND RESOURCES TO A FOREIGN TERRORIST ORGANIZATION

# INDICTMENT

The Grand Jury charges:

NICHOLAS MICHAEL TEAUSANT,

defendant herein, as follows:

On or about March 15, 2014, in San Joaquin County, within the state and Eastern District of California, and elsewhere, defendant NICHOLAS MICHAEL TEAUSANT, also known as ("aka") "Assad," a national of the United States, knowingly attempted to provide material support and resources, that is, services and personnel, namely himself, to work under the direction and control of al-Qa'ida in

INDICTMENT  1

| | |
|---|---|
| 1 | Iraq, which has been designated by the Secretary of State as a foreign terrorist organization since in or |
| 2 | about 2004, which under that name and a number of aliases, is a foreign terrorist organization, and |
| 3 | which announced a name change to the Islamic State of Iraq and Syria in or about April 2013, knowing |
| 4 | that the organization was a designated terrorist organization, and knowing that the organization had |
| 5 | engaged in, and was engaging in, terrorist activity and terrorism, all in violation of Title 18, United |
| 6 | States Code section 2339B(a)(1). |

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

**BENJAMIN B. WAGNER**
United States Attorney

No. _____  2:14-CR-0087 JAM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### NICHOLAS MICHAEL TEAUSANT

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2339B(a)(1) – Attempting to Provide Material Support or Resources to a Foreign Terrorist Organization

*A true bill,*

/s/ Signature on file w/AUSA
_____
*Foreman.*

*Filed in open court this* __26__ *day*

*of* __MARCH__, A.D. 20 __14__

_____
*Clerk.*

*Bail, $* __NO BAIL WARRANT PENDING HEARING__

_____

GPO 863 525

2:14-CR-0087 JAM 

Penalty Slip

Defendant
Nicholas Michael Teausant

| VIOLATION | 18 U.S.C. § 2339B(a)(1)-Attempting to provide material support or resources to a foreign terrorist organization |
|---|---|
| PENALTY | A maximum of 15 years Imprisonment, or A fine of $250,000, or, both Not more than 3 years of Term of Supervised Release |

| **Special Assessment** | $100.00 |
|---|---|