1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   JASON S. HITT
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  ANDREW SIGLER
   Trial Attorney, National Security Division
7  U. S. Department of Justice
   950 Pennsylvania Avenue, NW
8  Washington, DC 20530

9  Attorneys for Plaintiff
   United States of America
10

FILED

MAR 26 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

11            IN THE UNITED STATES DISTRICT COURT

12               EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0087 JAM |
| Plaintiff, | |
| v. | 18 U.S.C. § 2339B(a)(1) – ATTEMPTING TO PROVIDE MATERIAL SUPPORT AND RESOURCES TO A FOREIGN TERRORIST ORGANIZATION |
| NICHOLAS MICHAEL TEAUSANT, | |
| aka Assad, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

NICHOLAS MICHAEL TEAUSANT,

defendant herein, as follows:

On or about March 15, 2014, in San Joaquin County, within the state and Eastern District of California, and elsewhere, defendant NICHOLAS MICHAEL TEAUSANT, also known as ("aka") "Assad," a national of the United States, knowingly attempted to provide material support and resources, that is, services and personnel, namely himself, to work under the direction and control of al-Qa'ida in

INDICTMENT                              1

1  Iraq, which has been designated by the Secretary of State as a foreign terrorist organization since in or
2  about 2004, which under that name and a number of aliases, is a foreign terrorist organization, and
3  which announced a name change to the Islamic State of Iraq and Syria in or about April 2013, knowing
4  that the organization was a designated terrorist organization, and knowing that the organization had
5  engaged in, and was engaging in, terrorist activity and terrorism, all in violation of Title 18, United
6  States Code section 2339B(a)(1).

A TRUE BILL.

 /s/ Signature on file w/AUSA

_____
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

No. _____                   2: 1 4 - CR - 0 0 8 7 JAM

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

### NICHOLAS MICHAEL TEAUSANT

---

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2339B(a)(1) – Attempting to Provide Material Support or Resources to a Foreign Terrorist Organization

---

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* ___26___ *day*

*of* ___MARCH___, A.D. 20 _14_

_____
*Clerk.*

*Bail, $* __**NO BAIL WARRANT PENDING HEARING**__

_____

GPO 863 525



## Penalty Slip

Defendant
Nicholas Michael Teausant

| VIOLATION | 18 U.S.C. § 2339B(a)(1)-Attempting to provide material support or resources to a foreign terrorist organization |
|---|---|
| PENALTY | A maximum of 15 years Imprisonment, or A fine of $250,000, or, both Not more than 3 years of Term of Supervised Release |

| **Special Assessment** | $100.00 |
|---|---|