AO 442 (Rev. 11/11) Arrest Warrant

9482093

44289-086

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

2014 MAR 26 PM 1:22

EASTERN DISTRICT
OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Nicholas Michael Teausant | ) Case No. | 2:14-cr-00087-JAM |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**ARREST WARRANT**

**FILED**

MAR 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nicholas Michael Teausant                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:2339 B(a)(1) ATTEMPTING TO PROVIDE MATERIAL SUPPORT AND RESOURCES TO A FOREIGN TERRORIST ORGANIZATION

Date: 03/26/2014

_____
*Issuing officer's signature*

City and state:   Sacramento, CA

R. Becknal, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3-26-'14, and the person was arrested on *(date)* 3-17-'14
at *(city and state)* BLAINE, WA.

Date: 3-26-'14

_____
*Arresting officer's signature*

JARED BELCHER, DUSM
*Printed name and title*