OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Heather E. Williams  
*Federal Defender*

Linda C. Harter  
*Chief Assistant Defender*

# MEMORANDUM

Date: April 8, 2014

To: Kyle Owen, Courtroom Clerk to the  
Honorable Carolyn K. Delaney

From: Lisa M. Kennison, Sr. Legal Assistant to  
Matthew M. Scoble, Assistant Federal Defender

Subject: *United States v. Nicholas Michael Teausant*  
14-cr-087 JAM

This memo is to request that a Bail Review hearing be added to the calendar on April 17, 2014 at 2:00p.m. Assistant United States Attorneys Jean Hobler and Jason Hitt along with United States Pre-Trial Officer, Steve Sheehan have no objection.

Thank you for your assistance in this matter.

MMS/lmk

cc: Jean Hobler, AUSA  
Philip Y. Mizutani, PO