1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   NICHOLAS TEAUSANT
6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  NO. 2:14-CR-00087 JAM
                                     )
12              Plaintiff,           )  STIPULATION AND ORDER
                                     )  TO CONTINUE STATUS CONFERENCE
13        v.                         )
                                     )
14  NICHOLAS TEAUSANT,               )  DATE:    August 19, 2014
                                     )  TIME:    9:30 a.m.
15              Defendant.           )  JUDGE:   Hon. John A. Mendez
                                     )
16

17       It is hereby stipulated and agreed to between the United States of America through JEAN

18  HOBLER, Assistant U.S. Attorney and defendant NICHOLAS TEAUSANT by and through his

19  counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set

20  for June 17, 2014 be continued to August 19, 2014 at 9:30 a.m.

21       The reason for this continuance is to allow defense counsel additional time to review

22  discovery with the defendant, to continue investigating the facts of the case, and to negotiate a

23  resolution to this matter.

24       The parties stipulate that the Court should find the ends of justice served by the granting

25  of such continuance outweigh the interests of the public and the defendants in a speedy trial.

26  ///

27  ///

28

-1-

1    Speedy trial time is to be excluded from the date of this order through the date of the

2    status conference set for August 19, 2014,  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)

3    [reasonable time to prepare] (Local Code T4).

4    DATED: June 16, 2014                              Respectfully submitted,

5                                                      HEATHER E. WILLIAMS
                                                       Federal Defender
6
                                                       */s/ Benjamin Galloway*
7                                                      BENJAMIN GALLOWAY
                                                       Assistant Federal Defender
8                                                      Attorney for Defendant
                                                       NICHOLAS TEAUSANT
9

10   DATED: June 16, 2014                              BENJAMIN B. WAGNER
                                                       United States Attorney

11                                                     */s/ Jean Hobler*
                                                       JEAN HOBLER
12                                                     Assistant U.S. Attorney
                                                       Attorney for Plaintiff
13
                                          **O R D E R**
14

15        The Court, having received, read, and considered the stipulation of the parties, and good

16   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

17   Court specifically finds that the failure to grant a continuance in this case would deny counsel

18   reasonable time necessary for effective preparation, taking into account the exercise of due

19   diligence.   The Court finds that the ends of justice to be served by granting the requested

20   continuance outweigh the best interests of the public and defendant in a speedy trial.

21        The Court orders that the time from the date of the parties stipulation, up to and including

22   August 19, 2014, shall be excluded from computation of time within which the trial of this case

23   must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

24   and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4).  It is further ordered that

25   the June 17, 2014 status conference shall be continued until August 19, 2014, at 9:30 a.m.

26   DATED: June 16, 2014

27                                                     /s/ John A. Mendez_____
                                                       HON. JOHN A. MENDEZ
28                                                     United States District Court Judge

-2-