BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

ANDREW SIGLER
Trial Attorney, National Security Division
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Attorneys for Plaintiff
United States of America

Filed with Classified Information Security Officer
CISO __MSilva__
Date __8/20/14__

**FILED**
Aug 21, 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00087 JAM |
| Plaintiff, | MEMORANDUM OF UNDERSTANDING REGARDING CIPA PROTECTIVE ORDER |
| v. | |
| NICHOLAS MICHAEL TEAUSANT, | |
| aka, Assad, | |
| Defendants. | |

I, __MATTHEW SCOBLE__, acknowledge that I have received, read, and understand the Protective Order entered by the Court on __AUGUST 20__, 2014, in this case, and I agree to comply with its provisions. I understand that I may be the recipient of certain classified information or documents that concern the present and future security of the United States. I understand that direct or indirect unauthorized disclosure, retention, or negligent handling of classified documents or information could cause serious damage, and in some cases exceptionally grave damage, to the national security of the United States, or could be used to the advantage of a foreign nation against the interests of the United States.

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

1

1    I agree that I shall never divulge, publish, or reveal either by word, conduct, or any other means,
2    such classified documents or information unless specifically authorized in writing to do so by an
3    authorized representative of the United States Government; or as authorized by the Court pursuant to the
4    Classified Information Procedures Act and the Protective Order(s) entered in this case.
5    I agree that this Memorandum and any other nondisclosure agreement signed by me in
6    connection with this case will remain forever binding upon me.

Dated: 20AUG2014          MATTHEW SCOBLE
                          Printed Name:

Witness:
Dated: 20 August 2014     Benjamin Galloway
                          Printed Name:

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | JEAN M. HOBLER<br>JASON HITT |
| 3 | Assistant United States Attorney<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | ANDREW SIGLER<br>Trial Attorney, National Security Division |
| 7 | U. S. Department of Justice<br>950 Pennsylvania Avenue, NW |
| 8 | Washington, DC 20530 |
| 9 | Attorneys for Plaintiff<br>United States of America |

Filed with Classified Information Security Officer
CISO _____MSL____
Date _____8/20/14____

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS MICHAEL TEAUSANT,<br><br>aka, Assad,<br><br>Defendants. | CASE NO. 2:14-CR-00087 JAM<br><br>MEMORANDUM OF UNDERSTANDING REGARDING CIPA PROTECTIVE ORDER |

I, _Benjamin Galloway_, acknowledge that I have received, read, and understand the Protective Order entered by the Court on _20 August_, 2014, in this case, and I agree to comply with its provisions. I understand that I may be the recipient of certain classified information or documents that concern the present and future security of the United States. I understand that direct or indirect unauthorized disclosure, retention, or negligent handling of classified documents or information could cause serious damage, and in some cases exceptionally grave damage, to the national security of the United States, or could be used to the advantage of a foreign nation against the interests of the United States.

1   UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE

|   | |
|---|---|
| 1 | I agree that I shall never divulge, publish, or reveal either by word, conduct, or any other means, such classified documents or information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order(s) entered in this case. |

I agree that I shall never divulge, publish, or reveal either by word, conduct, or any other means, such classified documents or information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order(s) entered in this case.

I agree that this Memorandum and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me.

Dated: 20 August 2014

Printed Name: Benjamin Galloway

Witness: [signature]
Dated: 20 AUG 2014

Printed Name: [signature]

UNCLASSIFIED / CLEARED FOR PUBLIC RELEASE