1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
3 | Designated Counsel for Service
801 "I" Street, 3rd Floor
4 | Sacramento, CA 95814

5 | Attorney for Defendant
NICHOLAS TEAUSANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00087 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| NICHOLAS TEAUSANT, | DATE: December 2, 2014<br>TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through JEAN HOBLER, Assistant U.S. Attorney and defendant NICHOLAS TEAUSANT by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for October 14, 2014 be continued to December 2, 2014 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with and to continue investigating the facts of the case. Specifically, the government recently produced new sensitive discovery which the defense has begun to review and analyze. In addition, supplemental discovery of various types (general, sensitive, and/or classified) is being readied for production. Finally, while three members of the defense team have received nationaly security clearances, the clearance of a defense paralegal designated to manage discovery, including sensitive and classified material, has been delayed by a clearance backlog.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4); and for complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (Local Code T-2).

DATED: October 2, 2014           Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Benjamin Galloway*
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 NICHOLAS TEAUSANT

DATED: October 2, 2014           BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/ Jean Hobler*
                                 JEAN HOBLER
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including December 2, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and

(B)(iv) [reasonable time for counsel to prepare] (Local Code T-4); and for complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (Local Code T-2). It is further ordered that the October 14, 2014 status conference shall be continued until December 2, 2014, at 9:30 a.m.

DATED: October 3, 2014

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge