HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
NICHOLAS TEAUSANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00087 JAM |
| Plaintiff, | ORDER REGARDING COMPETENCY EVALUATION AND TREATMENT |
| v. | |
| NICHOLAS TEAUSANT, | JUDGE: Hon. John A. Mendez |
| Defendant. | |

The parties appeared before the Court on December 2, 2014. Defense counsel declared a doubt regarding Defendant's mental competency under 18 U.S.C. § 4241(a). The Court finds that reasonable cause exists to believe that Mr. Teausant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court orders that Mr. Teausant be committed to the custody of the Attorney General for placement in a suitable facility for a psychiatric or psychological examination and treatment under the provisions of 18 U.S.C. § 4247(b) and (c) and § 4241.

The Court excludes time under 18 U.S.C. § 3161(h)(1)(A) (Local Code A – examinations to determine the mental competency of the defendant), § 3161(h)(7)B)(ii) (Local Code T2 – case unusual or complex); and § 3161(h)&)(B)(iv) (Local Code T4 – reasonable time to prepare), and

finds that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: December 2, 2014

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge