HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
NICHOLAS TEAUSANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00087 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| NICHOLAS TEAUSANT, | DATE: Febrary 24, 2015 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through JEAN HOBLER, Assistant U.S. Attorney and defendant NICHOLAS TEAUSANT by and through his counsel, MATTHEW SCOBLE and BENJAMIN GALLOWAY, Assistant Federal Defenders, that the status conference set for February 24, 2015, be continued to May 12, 2015 at 9:15 a.m.

The reasons for this continuance are as follows. First, the case has previously been designated complex, and the parties continue to work through the issues that render it complex. Second, more time is needed for the Bureau of Prisons [BOP] to carry out the psychological or psychiatric evaluation and treatment as ordered by this Court on December 3, 2014. After the Court's order, Mr. Teausant was designated to the Metropolitan Detention Center in Los Angeles [MDC] for the purpose of conducting the evaulation. He arrived there at the end of January 2015. A BOP psychologist has been assigned to conduct Mr. Teausant's evaluation, however, as

-1-

of February 17, 2015, that evaluation had not begun. It is anticipated that the evaluation will last several weeks, and Mr. Teausant will remain at MDC at least until the evaluation has been completed.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4); for complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (Local Code T-2); and under 18 U.S.C. § 3161(h)(1)(A) (Local Code A – examinations to determine the mental competency of the defendant).

DATED: February 18, 2015　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew M. Scoble*
　　　　　　　　　　　　　　　　　　　　　　　MATTHEW M. SCOBLE
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS TEAUSANT

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin Galloway*
　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN GALLOWAY
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS TEAUSANT

DATED: February 18, 2015　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jean Hobler*
　　　　　　　　　　　　　　　　　　　　　　　JEAN HOBLER
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

//
//
//

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including May 12, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4); for complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (Local Code T-2); and under 18 U.S.C. § 3161(h)(1)(A) (Local Code A – examinations to determine the mental competency of the defendant). It is further ordered that the February 24, 2015 status conference shall be continued until May 12, 2015, at 9:15 a.m.

DATED: February 18, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge