HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
NICHOLAS TEAUSANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:14-CR-00087 JAM |
| Plaintiff, | ) ) | STIPULATION AND ORDER |
| v. | ) ) | TO CONTINUE STATUS CONFERENCE |
| NICHOLAS TEAUSANT, | ) ) | DATE:     August 4, 2015 |
| Defendant. | ) ) | TIME:     9:15 a.m. JUDGE:   Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through JEAN

HOBLER, Assistant U.S. Attorney and defendant NICHOLAS TEAUSANT by and through his

counsel, MATTHEW SCOBLE and BENJAMIN GALLOWAY, Assistant Federal Defenders,

that the status conference set for May 12, 2015, be continued to August 4, 2015 at 9:15 a.m.

The reasons for this continuance are as follows.  First, the case has previously been

designated complex, and the parties continue to work through the issues that render it complex.

Second, more time is needed for the defense to continue reviewing the large volume of discovery

provided to date.  Finally, the government has advised that another discovery production is

forthcoming in the near future, which will necesitate additional time to review.

The parties stipulate that the ends of justice to be served by granting the requested

continuance outweigh the best interests of the public and defendant in a speedy trial, so that

counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4); for complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (Local Code T-2).

DATED: May 7, 2015                              Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Matthew M. Scoble*
                                                MATTHEW M. SCOBLE
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                NICHOLAS TEAUSANT

                                                */s/ Benjamin Galloway*
                                                BENJAMIN GALLOWAY
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                NICHOLAS TEAUSANT

DATED: May 7, 2015                              BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Jean Hobler*
                                                JEAN HOBLER
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

//
//
//

1
2
3                                              **O R D E R**

4          The Court, having received, read, and considered the stipulation of the parties, and good

5   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

6   Court specifically finds that the failure to grant a continuance in this case would deny counsel

7   reasonable time necessary for effective preparation, taking into account the exercise of due

8   diligence. The Court finds that the ends of justice to be served by granting the requested

9   continuance outweigh the best interests of the public and defendant in a speedy trial.

10          The Court orders that the time from the date of the parties stipulation, up to and including

11  August 4, 2015, shall be excluded from computation of time within which the trial of this case

12  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and

13  (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4); for complexity under 18

14  U.S.C. § 3161(h)(8)(B)(ii) and (Local Code T-2).  It is further ordered that the May 12, 2015

15  status conference shall be continued until August 4, 2015, at 9:15 a.m.

16
17  DATED: May 8, 2015
18
                                              /s/ John A. Mendez_____
19                                            HON. JOHN A. MENDEZ
                                              U.S. DISTRICT COURT JUDGE
20
21
22
23
24
25
26
27
28