IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 1 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   Case No.: 2:14-CR-00087 JAM
                                     )
NICHOLAS MICHAEL TEAUSANT            )
                                     )
        Defendant.                   )
                                     )

**ORDER ON THE GOVERNMENT'S MEMORANDUM OF LAW AND MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE[1]**

On July 30, 2015, the Government filed with the Court through the Classified Information Security Officer ("CISO") a Memorandum of Law and Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure ("CIPA motion").[2]

In its motion, the Government seeks a protective order, pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3, and Fed. R. Crim. P. 16(d)(1), authorizing the Government to withhold or "delete" from discovery certain classified material that is not both discoverable and relevant and helpful to the defense.

Upon due consideration of all matters presented, having conducted a thorough *in camera* and *ex parte* review of the Government's CIPA motion, memorandum of law, and all exhibits,

---

[1] This unclassified order will be placed on the public docket. A corresponding classified order will be placed under seal for review by the appellate court, if necessary.

[2] The Government properly filed its CIPA motion *in camera, ex parte*, and under seal with the CISO. *See* 18 U.S.C. App. 3, § 4; *United States v. Sarkissian*, 841 F.2d 959, 965-66 (9th Cir. 1988) (*ex parte, in camera* proceedings under Section 4 of CIPA regarding national security information found appropriate).

ORDER ON GOVERNMENT'S MOTION
PURSUANT TO SECTION 4 OF CIPA - 1

the record in this case and pertinent legal authorities, pursuant to CIPA Section 4 and Rule 16(d)(1), the Court finds that the Government has properly invoked the classified information privilege as to the information at issue. Accordingly, the Government's motion is **GRANTED** in its entirety.

In its classified order, the Court found that the classified information which the Government seeks to delete is not discoverable and relevant and helpful to the defense. *See United States v. Yunis*, 867 F.2d 617, 620 (D.C. Cir. 1989), *Roviaro v. United States*, 353 U.S. 53, 60-61 (1957), and *Klimavicius-Viloria*, 144 F.3d 1249, 1261 (9th Cir. 1998). Accordingly, the Government's motion is **GRANTED** in its entirety.

**DONE and ORDERED** this 12th day of August, 2015.

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE