HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
NICHOLAS TEAUSANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:14-CR-00087 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| NICHOLAS TEAUSANT, | ) | DATE: November 17, 2015 |
| | ) | TIME: 9:15 a.m. |
| Defendant. | ) | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through JEAN HOBLER, Assistant U.S. Attorney and defendant NICHOLAS TEAUSANT by and through his counsel, MATTHEW SCOBLE and BENJAMIN GALLOWAY, Assistant Federal Defenders, that the status conference set for November 17, 2015, be continued to December 1, 2015 at 9:15 a.m.

The reasons for this continuance are as follows. On November 5, 2015, the government provided the defense with a proposed plea agreement. The defense is in the process of reviewing it and researching various issues presented therein. Once that process is complete, the defense will need time to present and explain the proposed plea agreement to Mr. Teausant and his family, and advise him regarding his various options. In addition, the defense continues to review classified and sensitive discovery, and investigate the facts of this case.

Stipulation to Continue                        -1-

1   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2 excluded from this order's date through and including December 1, 2015, pursuant to 18 U.S.C.
3 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
4 based upon continuity of counsel and defense preparation.

6   DATED: November 12, 2015                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Matthew M. Scoble*
                                                MATTHEW M. SCOBLE
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                NICHOLAS TEAUSANT

                                                */s/ Benjamin Galloway*
                                                BENJAMIN GALLOWAY
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                NICHOLAS TEAUSANT

    DATED: November 12, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Jean Hobler*
                                                JEAN HOBLER
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 1, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 17, 2015 status conference shall be continued until December 1, 2015, at 9:15 a.m.

DATED: November 12, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge