HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
NICHOLAS TEAUSANT

Case 2:14-cr-00087-JAM   Document 59   Filed 12/01/15   Page 1 of 5

FILED
DEC 1 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00087 JAM |
| Plaintiff, | NOTICE OF INTENT TO PLEAD GUILTY AND FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA |
| v. | |
| NICHOLAS TEAUSANT, | DATE: December 1, 2015<br>TIME: 9:15 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

Defendant NICHOLAS TEAUSANT gives notice that he seeks to enter a plea of guilty to Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization in violation of Title 18, United States Code, Section 2339B, as alleged in the Indictment in the above case. Mr. Teausant admits that a factual basis exists to establish that the crime to which he intends to plead guilty was actually committed. Mr. Teausant respectfully submits the following factual proffer in support of his guilty plea.

Mr. Teausant agrees that if this matter proceeded to trial, the United States would establish the following facts beyond a reasonable doubt:

At all relevant times, NICHOLAS TEAUSANT was a resident of Acampo, California. In 2013, TEAUSANT was a student at Delta College and enrolled as a member, conditionally, of

the U.S. Army National Guard, for which he was required to successfully complete a certain amount of college coursework before final enrollment and attendance at boot camp.

In or before April 2013, TEAUSANT began exploring methods of supporting violent jihad and providing material support to various terrorist organizations, including what was previously known as al Qa'ida in Iraq and has since become known as the Islamic State of Iraq and the Levant ("ISIL") or, alternately, the Islamic State of Iraq and Syria ("ISIS"). That group, under any of its various names, is a designated foreign terrorist organization, under Section 219 of the Immigration and Nationality Act, Executive Order 13224, 77 FR 73732, 77 FR 4082, and has been so designated under one or more of these provisions since 2004. Abu Bakr al-Baghdadi, the leader of the group since 2010, was designated by the U.S. Department of State in 2011 as a "Specially Designated Global Terrorist." 76 FR 62494.

TEAUSANT's exploration of violent jihad included internet postings and social media based inquiries. He also posted statements regarding his desire to engage in violent jihad. In May 2013, under "Assad Teausant bigolsmurf," TEAUSANT posted on Instagram: "Lol I been [sic] part of the army for two years now and I would love to join Allah's army but I don't even know how to start." TEAUSANT also attempted to obtain, and ultimately was successful in obtaining, a copy of the "lone Mujahid [sic] pocket book," a how-to guide for engaging in terrorist activities published by Inspire magazine, an arm of al Qa'ida in the Arabian Peninsula. In late July 2013, on the ask.fm forum, TEAUSANT indicated that he wanted to go fight in Syria. In or about late July 2013, TEAUSANT answered users' questions on the forum ask.fm:

Question: are you a terrorist??

Answer: Lol as if I would tell the truth about That haha wow and no I'm not.

Question: Where do you wanna go for fighting ... hebah

Answer: wa alaikum salaam [greetings]. I want to go fight in Syria.

In early October 2013, TEAUSANT was introduced to a confidential human source ("CHS") working for the FBI by a mutual acquaintance (who was unaware of and is otherwise unrelated to this investigation) because the acquaintance understood both CHS and TEAUSANT

Notice and Factual Proffer -2-

were converts to the Muslim religion. The day after they met, TEAUSANT advised that he had obtained the Mujahedeen pocketbook, and that he had used measures to ensure that the downloading of the book could not be traced to him. In that month, TEAUSANT advised the CHS that he, TEAUSANT, wished to go fight in Syria.

On January 4, 2014, the CHS asked TEAUSANT what he actually wanted to do, since TEAUSANT had expressed an interest in engaging in a number of different violent jihadist activities. TEAUSANT returned to his desire to go fight in Syria. The CHS inquired who TEAUSANT wished to fight with, and TEAUSANT initially stated: "Uh-free Syrian army." Later in the same conversation, TEAUSANT advised: "I like ISIS," and continued "Islamic state of um crap ... I forget." The CHS stated that he knew someone who could help, but that TEAUSANT should take a few days and decide whether he really wanted to pursue this course.

A few days after that meeting, TEAUSANT and the CHS spoke by phone, at which point TEAUSANT told the CHS "you know my answer, I'm ready." TEAUSANT explained that he intended to travel on his spring break because he could convince his mother that he would be going snowboarding with a friend at Mount Whistler, and she would therefore not be suspicious about why he wanted his passport. TEAUSANT and the CHS remained in limited contact, while TEAUSANT advised he was trying to find his passport. The CHS advised TEAUSANT that he could call off his plan, that the two would remain friends, but TEAUSANT advised his plans had not changed and that he wanted to join ISIS, which he also called the Islamic State of Al Sham.

In a February 2014 meeting, TEAUSANT told the CHS that he wished to travel by bus over the Canadian border, as opposed to the Mexican border, as he thought there was less security. The CHS advised TEAUSANT that he could arrange a meeting with the facilitator, who the CHS referred to as the CHS's mentor (the "mentor"), but who was actually an undercover employee of the FBI. In a later meeting, on February 22, 2014, the CHS again reiterated that TEAUSANT did not have to continue down this path, and that the two would remain friends. TEAUSANT responded that his resolve was "pretty clean cut," and that it "kind of feels like you're, like, trying to push me not to" go to Syria and join ISIS.

On March 5, 2014, TEAUSANT met with the mentor, told the mentor he was "very supportive of ISIS," which he had researched before he converted to Islam. The mentor advised TEAUSANT that the battlefield TEAUSANT was seeking was chaotic and unclear, and women and children were dying as a result. TEAUSANT was undeterred. The mentor advised TEAUSANT to take two days to think about what he wanted and they would meet again, or TEAUSANT could call the CHS and let him know that he had changed his mind. TEAUSANT responded that the CHS "really need[ed] to stop asking" if TEAUSANT was sure. Two days later the mentor and TEAUSANT met, TEAUSANT advised he still wanted to join ISIS, and the two discussed logistics of crossing the Canadian border to meet the mentor on the other side.

The next day, TEAUSANT asked the CHS if he knew anyone who would buy TEAUSANT's laptop so that TEAUSANT could earn funds for the train ticket. The CHS facilitated the sale of TEAUSANT's laptop for that purpose. TEAUSANT was advised that the mentor could meet him in Canada over the weekend of March 23, 2014, to facilitate TEAUSANT's plan to join ISIS in Syria. On March 10, 2014, TEAUSANT purchased a train ticket for travel on March 15, 2014, a week earlier than he had been advised to travel. TEAUSANT boarded a train in Lodi, California on March 15, 2014, ultimately bound for Vancouver, Canada via a series of trains and buses. At approximately 11:40 p.m. on Sunday, March 16, 2014, TEAUSANT was stopped by U.S. Customs and Border Protection in Blaine, Washington, just short of the Canadian border. TEAUSANT advised CBP agents that he was in fact traveling to Vancouver, Canada.

In an interview with the FBI immediately after the border stop, TEAUSANT confirmed that he intended to join ISIS to fight in Syria, that he wanted to be a "personal guard" to the ISIS leader, and that he wanted to "take out" Bashar al Assad and hoped that made the Syrian regime fall. TEAUSANT denied antagonism toward the United States and knowledge that ISIS was a terrorist group. However, he described ISIS's tactics as including RPGs (rocket propelled grenades) and AK-47s, and taking hostages. He acknowledged fighting between ISIS and the Free Syrian Army ("FSA") and also acknowledged that the actions of ISIS in Syria were

1 | violations of Syrian law and would be violations of United States law if they took place in the
2 | United States.

4 | DATED: November 24, 2015                    Respectfully submitted,

6 | HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
NICHOLAS TEAUSANT

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
NICHOLAS TEAUSANT

14 | DATED: November 30, 2015                    Respectfully submitted,

NICHOLAS TEAUSANT