BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

ANDREW SIGLER
Trial Attorney, National Security Division
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00087 JAM |
|---|---|
| Plaintiff, | STIPULATION TO AMEND PROTECTIVE ORDER (D.N. 32) |
| v. | |
| NICHOLAS MICHAEL TEAUSANT, | |
| aka, Assad, | |
| Defendants. | |

The parties previously stipulated to and this Court adopted a protective order for non-classified materials in this case. (D.N. 32, entered Aug. 20, 2014.) That Order addressed various categories of discovery, and insofar as the "Sensitive" category is concerned, the parties have further conferred and determined that modifications are appropriate to permit fuller use of the materials in the sentencing process.

Thus, the parties stipulate and agree that Section B of the Protective Order (D.N. 32), found at 3:19 to 4:13, be modified to the language that follows.

**B.     Protection of Sensitive Discovery Materials**

The term "sensitive discovery materials" includes all declassified or formerly-classified

information or materials that may be reviewed by or made available to the defendant or defense counsel in this case.

1. "Sensitive discovery materials" shall not be further shown or provided by the defendant or his counsel to any individuals, organizations or other entities, other than (i) members of the defense team (co-counsel, paralegals, investigators, translators, litigation support personnel, the defendant, and secretarial staff); and (ii) experts retained to assist in the preparation of the defense. Each of the individuals to whom disclosure is made pursuant to the above provision shall be provided a copy of this protective order and will be advised that he or she shall not further disseminate the materials except by the express direction of counsel of record or co-counsel.

2. It is expressly understood that counsel for the defendant or co-counsel shall not provide or show any of such sensitive discovery materials to witnesses absent a court order. The defendant may provide notice to the Court of its intent to provide or show particular identified item(s) to a witness and the purpose in doing so.[1] The notice shall be under seal. No disclosure of the item(s) to the witness(es) shall be made until the Court so permits. Each witness to whom disclosure is made pursuant to the above provision shall be provided a copy of this protective order and the protective order found at Docket No. 32 and shall be advised that he or she is obligated to comply with its terms. Furthermore, the witness shall not further disseminate any information related to the sensitive discovery materials. Absent specific authorization from the Court, copies of sensitive discovery materials shall not be distributed to any witness.

3. To the extent either party wishes to reference or introduce sensitive discovery materials in public filings, those materials shall be identified to the opposing party by Bates number no less than one week prior to such filing, with the strong preference that the identification be made earlier whenever possible. The parties shall then confer on whether the materials may be publicly filed as currently constituted or may be publicly filed following redaction as agreed by the parties. Specifically, the parties intend that any information that could be used to identify any CHS or UCE be redacted before

---

[1] Of course, the defense may also provide such notice informally to counsel for the United States and, where practicable, the parties may provide joint notice to the Court requesting authorization for the defense to show specific items to witnesses.

AMENDED STIPULATED PROTECTIVE ORDER              2

introduction into the public record, for the safety of such individuals and to protect the integrity of on-going, unrelated investigations. To the extent the parties are unable to agree on how to handle specific sensitive discovery materials in advance of the filing deadline, the materials subject to dispute shall be lodged with the Court pursuant to the standard sealing process, and the specific portions of any briefing referencing such materials shall be filed in redacted form (with an unredacted copy lodged pursuant to the standard sealing process) until such time as the parties resolve their dispute or the Court rules on the related motion to seal.[2] This process applies to written sensitive discovery materials only. As the recorded conversations with CHS/UCE personnel necessarily allows one to identify the voice, vocal inflections, etc. of the individuals involved, to the extent a party wishes to utilize recorded sensitive discovery materials, those materials shall be lodged under seal in the standard sealing process.

4. Counsel shall store all sensitive discovery materials, and any copies thereof, in a secure place defense counsels' office or the office of an expert.

5. The remainder of the protective order filed on August 20, 2014, found at Docket No. 32, remains in full force and effect.

Dated: _January 25, 2016_____  BENJAMIN B. WAGNER
United States Attorney

By: _/s/ Jean M. Hobler_____
JEAN M. HOBLER
Assistant United States Attorney

Dated: _January 25, 2016_____  HEATHER E. WILLIAMS
Federal Defender

By: _/s/ Benjamin Galloway_____
MATTHEW SCOBLE
BENJAMIN GALLOWAY
Assistant Federal Defender
(signature authorized January 22, 2016)

---

[2] The parties do not anticipate any significant disputes, but include this so that there is an agreed upon process in the event disputes arise.

AMENDED STIPULATED PROTECTIVE ORDER            3

## ORDER

Pursuant to Federal Rules of Criminal Procedure Rule 16(d)(1), the Court finds good cause to issue the protective order requested by the parties. The above stipulated order is therefore adopted by this Court. IT IS SO ORDERED.

Dated: January 26, 2016

JOHN A. MENDEZ
United States District Court Judge