BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

ANDREW SIGLER
Trial Attorney, National Security Division
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>NICHOLAS MICHAEL TEAUSANT,<br><br>　　aka, Assad,<br><br>　　　　　　　Defendants. | CASE NO. 2:14-CR-00087 JAM<br><br>STIPULATION TO CONTINUE SENTENCING, SET BRIEFING SCHEDULE, AND ORDER THEREON |

　　　　Sentencing in this matter is currently set for March 8, 2016. The parties have conferred with each other and with Probation regarding the Presentence Investigation and Report and the handling of certain sensitive discovery materials in light of sentencing. That discussion has resulted in a stipulation to modify the terms of the existing protective order (D.N. 32) to permit fuller use of "Sensitive" discovery materials, which stipulation requires exchange of information between the parties in advance of sentencing-related filings.[1]

　　　　The parties also jointly agree that a schedule for sentencing briefing that contemplates longer

---

[1] That stipulation is filed concurrently herewith.

STIPULATION & ORDER CONTINUING SENTENCING　　　　1

access to the final PSR for the parties, and at least two weeks between the final briefs and the sentencing date best serves the interests of all parties, the Court, and the public. Thus, the United States, by and through its attorney Jean M. Hobler, and defendant Nicholas Teausant, by and through his attorney Benjamin Galloway, stipulate that the sentencing in this matter be continued to June 7, 2016, and to the following related schedule, and ask the Court to adopt this stipulation as an order of the Court.

| Date | Action |
| --- | --- |
| March 15, 2016 | Draft Presentence Investigation Report Completed (no later than) |
| April 12, 2016 | Informal Objections to Draft PSR |
| April 26, 2016 | Final PSR (no later than) |
| May 3, 2016 | Sensitive Discovery Notice (between parties) |
| May 10, 2016 | Sentencing Briefs<br>Objections to PSR/Motions to Correct PSR |
| May 17, 2016 | Sensitive Discovery Notice (between parties) |
| May 24, 2016 | Responding Sentencing Briefs,<br>Responses to Objections/Motions to Correct, or Statements of Non-Opposition |
| June 7, 2016 | Sentencing |

Dated: _January 25, 2016_____        BENJAMIN B. WAGNER
                                            United States Attorney

                                        By: */s/ Jean M. Hobler*_____
                                            JEAN M. HOBLER
                                            Assistant United States Attorney

Dated: _ January 25, 2016_____        HEATHER E. WILLIAMS
                                            Federal Defender

                                        By: */s/ Benjamin Galloway*_____
                                            MATTHEW SCOBLE
                                            BENJAMIN GALLOWAY
                                            Assistant Federal Defenders
                                            (signature authorized Jan. 25, 2016)

## ORDER

Good cause appearing therefore, the sentencing currently set for March 8, 2016, is continued to June 7, 2016 at 9:15 a.m.. The intervening deadlines stipulated to by the parties are hereby adopted as an order of this Court. IT IS SO ORDERED. *The Court will **not** approve any further continuances absent a strong showing of good cause. jam*

Dated: JANUARY 26, 2016

JOHN A. MENDEZ
United States District Court Judge

STIPULATION & ORDER CONTINUING SENTENCING       3