HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
NICHOLAS TEAUSANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 14-0087 JAM |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| NICHOLAS TEAUSANT, | DATE:      June 7, 2016 |
| Defendant. | TIME:      9:15 a.m. |
| | JUDGE:    Hon. John A. Mendez |

DEFENDANT'S SENTENCING MEMORANDUM

TABLE OF CONTENTS

I.    INTRODUCTION .................................................................................................. 1

II.   HISTORY AND CHARACTERISTICS ............................................................... 3

III.  NATURE AND CIRCUMSTANCES OF THE OFFENSE .................................. 7

   A. From Early Childhood Nick Wanted to Be a Soldier ........................................ 8

   B. For Nick Religion Was a Way to Help Others and Belong ............................... 11

   C. Nick Lived in a Fantasyland ............................................................................... 15

   D. The CHS's Evaluation of Nick: "he talks about the future as if it was today . . . a nice kid, but a loner and strange . . .**"**.................................................................. 17

   E. The Other Recruits "don't get to be good friends . . . they are missing out" ...................... 21

   F. "I would love to join Allah's army but I don't even know how to start." ........................... 22

   G. ISIS = "The Islamic State of um-crap I forget." ........................................... 27

   H. Complete Lack of Preparation and Total Inability – "Walk straight across in a straight line and eventually you'll find your way there." .................................... 30

   I. "You're only 30 short [for the ticket] though.  You can get that amount.  I know it bro.  You're resourceful so I have no doubt inshallah.**"** .......................................... 33

   J. "My favorite color's turquoise. . . . My favorite animal's a penguin.  I love penguins." ... 36

IV.   CONCLUSION .................................................................................................... 38

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
NICHOLAS TEAUSANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 14-0087 JAM |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| NICHOLAS TEAUSANT, | DATE: June 7, 2016 |
| Defendant. | TIME: 9:15 a.m. |
| | JUDGE: Hon. John A. Mendez |

*Youth is easily deceived because it is quick to hope.*

- Aristotle

## I.    INTRODUCTION

Nick Teausant has pled guilty to violating 18 U.S.C. § 2339B(a)(1) – attempting to provide material support to a terrorist group in Syria.  Undercover operatives in an FBI sting investigation convinced Nick that if he traveled to Vancouver he would meet up with "brothers" who would take care of him and get him to Syria.  Nick left home without money and with an expiring passport.  He was stopped by agents before he reached the Canadian border.

The "material support" required by the statute would have only been Nick himself.  So the seriousness of this case and the severity of punishment must focus on Nick and what

potential, if any, he had to help a foreign terrorist organization.  As illustrated by Nick's interactions with an FBI confidential informant[1] and his personal history, Nick could never have and would never have actually been able to support terrorism.  He was a vulnerable, deluded, immature fabulist with predictably mixed and incoherent motives: to belong to something greater than himself, to meet women, to fight tyranny, and to satisfy poorly-formed ideas of his adopted religion.

Certainly in late 2013 and early 2014 Nick had some vague idea that he'd like to fight for freedom on behalf of the people of Syria.  Unlike others who have gone or sought to go to Syria, Nick had no real plan, experience, weapons, money, connections, or skills to offer.  He did not know how to handle weapons.  He had no medical training, foreign language skills, social skills, nor survival skills.  He had no experience traveling or living in a foreign county.  If Nick had ever made it abroad he would have been killed or captured upon arrival.

The act he took in furtherance of this attempt was itself ineffectual.  After approximately five months of talking with the CHS, Nick got on Amtrak in Lodi and headed to the Canadian border with no money and a passport that was due to expire within a month.  While on Amtrak he texted, updated his Facebook page, told everyone he was leaving, and ate from the small bag of almonds that he brought with him. PSR ¶¶ 30,31.  Nick's acts were not inherently harmful and were ineffective.  As the PSR notes, this is a victimless crime.  PSR ¶ 43.

Nick's attitude was informed by his shaky understanding of the Syrian conflict in late 2013 and early 2014.   Although there is no question today that ISIS is a terrorist group, in 2013 when this offense started there was a state of confusion about who was fighting the Syrian

---

[1]     The confidential informant is called the "CHS" throughout government documents, so this memorandum will likewise use that abbreviation.  All transcriptions, texts, and online postings are included with their original errors and typos.

regime and why.  After the Arab Spring in 2013, peaceful protests began in Syria and were

brutally suppressed by the Assad regime.  Many rebel groups began to fight the Assad regime,

including groups that continue to be supported by the United States, like the Free Syrian Army

and others.

It was in this context that ISIS began to brand itself with a canny appropriation of

theology.  Seeing the killing of innocents in Syria, Nick became blindly passionate about their

cause.  However, like most of the world, Nick was terribly unfamiliar with the players, and

totally confused by the politics.  His ideas were based on Facebook postings and Internet memes.

He had a vague sense that he wanted to go help fight alongside his Muslim brothers because at

the time that seemed like the heroic thing to do.  Beyond that, Nick had no plan.

Since then, ISIS has come to mean something very different, and it is difficult to unlearn

what we have seen since 2013 about its evolving brutality and its expanding role in the region.

All of the horrors of ISIS – the filmed beheadings, the rape of innocents, the destruction of

historic sites, the international attacks – happened long after Nick was arrested.  The role of ISIS

today should not retroactively aggravate Nick's naïve and ignorant comments from years ago.

## II.    HISTORY AND CHARACTERISTICS

All of this makes more sense in the context of Nick's youth and his extremely difficult

childhood.  His childhood trauma led to a young man with a very shaky sense of self and an

overwhelming need to be a part of something.  When Nick was first approached by the CHS he

was only 19 years old, living in Lodi, and leading an aimless life.

As documented by the PSR and its attachments, Nick was born to teenage

methamphetamine addicts and lived with his parents in disordered circumstances.  His parents

broke up when his father stopped using drugs and left his mother because she continued to do so.

His father moved out and his mother replaced him with her abusive boyfriend and his two kids.

The boyfriend physically abused Nick when he was a little kid, and CPS and the Lodi Police got involved. PSR ¶ 72. At that point, Nick's father sought sole custody. After a custody fight, his father was awarded primary custody when Nick was five years old. Although Nick's mother was granted visitation rights, she abandoned him completely instead of staying a part of his life. She did not see or communicate with him for nine years, during which she continued to struggle with substance abuse, alcoholism, and incarceration. PSR, ¶ 73.

Nick lived for the most part with his father and stepmother until he was 18 years old. They moved around a lot for his stepmother's training and work. Within a short period of time, Nick lived in Lodi, California; Des Moines, Iowa; Endicott, New York; Seattle, Washington; and Great Falls, Montana. As the PSR notes, he went to ten different schools during this time. PSR ¶ 95. This was profoundly destabilizing for Nick: he had to continually deal with moving to new schools, getting integrated, trying to make friends, and then getting ripped away again. He had learning disabilities and needed special education, but his parents opted to mainstream him in each new school.

Nick compensated for the instability by doing what lots of kids do: he began to reinvent his identity at each new school, trying to project a self who would be more successful and popular. School records make it clear that these attempts were sadly unsuccessful. Teachers and students were upset at Nick's attention seeking and self-aggrandizing behavior. His efforts to embellish his life and create new personas from whole cloth had the predictable result that he was further bullied and excluded. For example, in 10th grade Nick was beaten up four times and injured enough to come to the attention of the authorities. His behavior frustrated and upset other students. He failed to find friends and support. Within a few years, the family would move again, and Nick would start all over.

School is socially challenging for everyone, and socially-awkward people like Nick stand out and become targets of teasing and bullying.  This is especially true for kids who grow up without stability.  This perpetuates a cycle of social anxiety, overcompensation, and victimization.  It is clear that Nick was a lonely kid who would get attached to people quickly and then be forced to move on.  It is not surprising that Nick became inspired by the idea of becoming a hero who could help others and be loved and admired.  Everyone wants that kind of acceptance.

Nick was only 19 years old when the CHS befriended him.  He was 20 when he got on Amtrak in Lodi.  His statements and actions must be weighed in light of his youth, his past trauma, and his immaturity.   Adolescence is a crucial time for identity formation and autonomy; when an adolescent like Nick fails to "form a clear sense of who one is as a person and how one wishes to behave in the world" and instead forms a "more diffuse state of identity" there is a strong association with risk-taking behavior.[2]   The primary psychosocial tasks that adolescents must accomplish are:

1.  To stand out – to develop an identity and pursue autonomy
2.  To fit in – to find comfortable affiliations and gain acceptance from peers
3.  To measure up – to develop competence and find ways to achieve, and
4.  To take hold – to make commitments to particular goals, activities, and beliefs.

Id.

By the time the CHS approached him, Nick had accomplished none of these.  He was not autonomous – he was living with his mother and financially dependent on her.  He even needed rides from her, his aunt, and his grandmother to get to and from school.  He had not formed a coherent identity.  He did not fit in.  As the CHS noted to the FBI, Nick was ". . . a nice kid, but a

---

[2]     Inst. Of Med. And Nat. Research Council The Science of Adolescent Risk-Taking: Workshop Report (2011) available at 222.ncbi.nih.gov/books/NBK53420.

loner and strange . . ."  (CHS, NT SEN 655).  He did not measure up – he was failing out of junior college, he was being dropped by the National Guard, even members of the mosque he attended did not accept him.  He was trying to "take hold," but had not found acceptance in the groups he sought to join, until the CHS offered him a role helping the Syrians if he was committed enough.

These normal traits of adolescence – the insecurity and vulnerability to peer pressure; the passion and drama; the intensity and seeking; the irresponsibility and lack of focus – combined with Nick's prior traumatic background in this case.  Nick's trauma has many likely sources: exposure to methamphetamine and alcohol in the womb, Nick's early experience of abuse, maternal abandonment, early signs of mental illness, or the lack of stability in his home life.  Nick suffered from virtually every source of adverse childhood experience: violence, abuse, abandonment, instability, poverty.[3]

Nick was put in counseling around age five for these issues.  Early on, the family encouraged Nick to consider joining the military, as they thought the discipline would be good for him.  That became his childhood dream.  They enrolled Nick in various military preparation programs and cadet corps.  As he got older, he foundered in program after program.  However, his father and step-mother continued to believe that all Nick needed was the "steady discipline" provided by the military.

It was in adolescence that Nick's mental health issues became more severe.  As found by several mental health evaluators, Nick suffers from mental health issues, including cognitive and social impairments.  Testing has suggested an organic basis for these impairments.  Nick has

---

[3]    See Edwards, VJ, et al. "The wide-ranging health consequences of adverse childhood experiences" in Kathleen Kendall-Tackett and Sarah Giacomoni (eds.) Victimization of Children and Youth: Patterns of Abuse, Response Strategies, Kingston, NJ: Civic Research Inst.; 2005.

been properly medicated since his return from the Metropolitan Detention Center, and there has been a significant change in his behavior and his ability to focus and cope with reality. As his involvement in this case shows, Nick is also amazingly immature, and much of this conduct is likely something that he will grow out of as he grows up.

At 18, having dropped out of high school and earned a GED, Nick moved back to Lodi, to the mother who had previously abandoned him, rather than continuing to live with his father and step-mother. He thus moved away from an authority figure who pushed him to become a well-functioning adult, to an emotionally inconsistent and neglectful mother who would tolerate his many issues and would not pressure him to grow up. At the same time, he had already started to explore Islam as a means of rebelling against his father's overt Christianity. (NT SEN 25.) In Lodi, Nick was so socially isolated that his mother actively encouraged him to hang out with the CHS due to his lack of other friends.

Nick is an extremely damaged young man who got sucked into what he saw as a noble cause as a means of belonging to something bigger than himself and becoming a hero. He literally wanted to go to Syria to find friends and become the character he played in video games. He would have joined any group that would have accepted him as a member. Mercifully, his attempt was ineffective. All these factors mitigate this offense under 18 U.S.C. § 3553(a)(1).

### III.    NATURE AND CIRCUMSTANCES OF THE OFFENSE

In the real world, Nick Teausant failed out of the National Guard and never attended basic combat training. He did not know karate, tae kwon do, or any other martial art. He had no experience in combat. He had no firearms. He knew nothing about explosives. He didn't know how to drive and depended on rides from his mom. He had few friends. He was unemployed and broke. He lived with his mother in a trailer park in Acampo. He didn't graduate from high school. He was failing out of a junior college courseload of art and physical education classes.

Nick Teausant – Sentencing Memorandum

1  He played video games almost constantly.  He had never been a leader.  His family grew

2  frustrated with his lack of motivation and independence.

3      In the virtual world, Nick Teausant was everything he wasn't in the real world.  He

4  heroically fought bad guys for hours on Call of Duty, using the social feature so he could fight

5  with virtual comrades.  In this video world, he was experienced with hand-to-hand combat,

6  firearms, explosives, and grenades.  He could use any type of weapon.  He could exercise battle

7  tactics and lead others.  In the virtual world, Nick texted and interacted on social media with

8  multiple women, all of whom loved him and wanted to marry him.  In the virtual world, Nick

9  helped others, gave advice about love and life, and was respected.

10     This case documents when Nick's real and virtual worlds collided.

11  **A.  From Early Childhood Nick Wanted to Be a Soldier**

Assad Teausant (Seattle4lyf) on Twitter

12     It is clear from Nick's social media and FBI interviews

13  with his family that he revered the U.S. Military from early on.

14  On Twitter, Nick (@Seattle4lyf) identified himself a member of

15  the US Army with the wallpaper to prove it.  Not surprisingly,

16  Nick was very proud to join the National Guard.



17     Nick's family noted that he had wanted to join the American military since boyhood.  His

18  mother heard him talk about being in the military as young as six years old before she dropped

19  out of his life. (NT 534.)  His father and step-mother noted that Nick wanted to

20  join the Army as a young teenager.  (NT 76, 78.)  In high school, Nick

21  participated in the Navy Cadet Corps in Seattle.



22     Nick's family uniformly noted that he had never stated any anti-

23  American sentiments.  (NT 66, 73, 77, 532, 546.)  F.S., whom Nick loved and

24  called his girlfriend for a few months in 2013 (although they had never been

25  on a date together), stated that Nick "also was very pro America and honored

26  his commitment to the National Guard."  (NT 73.)  Nick's step-mother stated

27  that she believed Nick was "a patriot."  (NT 77.)  Nick's aunt said she "never heard Nicholas

28

Nick Teausant – Sentencing Memorandum

speak negatively of the U.S. government." (NT 532.) His grandmother stated that she "never heard Nicholas speak against the US Government or Christianity." (NT 546.)

Nick openly espoused all of the positive values of the American military:



**Assad Teausant** @Seattle4lyf · 5 Jan 2013
@NationalGuard Loyalty,Duty,Respect,Selfless Service,Honor,Integrity,Personal Courage #Army Values

💬 View conversation          ↩ Reply  ⇄ Retweet  ★ Favorite  ••• More

The National Guard offered Nick "the chance to be part of something bigger than yourself – serving your community and joining the fight for freedom."[4] It promised him that his "sense of purpose and impact on the world around [him] will never waver again." As experts recognize, young people want to make a mark on their world: "recruiters have been using the same methods for over 100 years."[5]

Nick also was motivated by winning his father's pride and love. On "yourawesomeimawesome" Nick posted about his 2012 National Guard enlistment:

I HAVE **FINALLY** MADE MY DAD TELL ME HE IS PROUD OF ME AFTER ALL THESE YEARS OF NEGLECT AND TELLING MY IM A DISAPPOINTMENT AND TELLING ME HE WISHES I WERNT BORN I HAVE FINALLY EARNED HIS LOVE AND SATISFACTION BUT AT WHAT COST?I ENLISTED IN THE **UNITED STATES ARMY FOR A TERM OF 8 YEARS** AND WILL BE GOING TO BOOT CAMP ON JUNE 25TH I AM PROUD TO SERVE AND I AM AT PEACE THAT NOW **I HAVE EARNED MY FATHERS LOVE**!!



Making his father proud was a consistent theme in Nick's life. In fact, during his post-arrest interview with the FBI, Nick said, "Well I didn't even know my dad cared about me" (NT 618), but he realized that all his "frustration anger against him is just wasted" when his father sent him a concerned message when he was on the road. (NT 618.)

Nick enlisted in the National Guard on April 30, 2012. He had

---

[4] www.nationalguard.com
[5] Combi, "'Money, guns, girls': How ISIS recruiters win in the West" cnn.com (May 19, 2015) available at http://goo.gl/y9rSJe (last checked 4/27/16).

Nick Teausant – Sentencing Memorandum

a recruiter who worked directly with him to get him ready for the Guard. Nick was given a Basic Training ship date of July 25, 2012. (Exh. A.) The Guard gave Nick a year to obtain the required 15 units of college credits under the program. A counselor at Delta College came up with a plan that would get Nick his credits by the end of the Fall 2012 semester. (Exh B.) That education plan involved courses in life management, health education, physical education, and music. Id. The plan fell apart when Nick signed up for two music classes over the summer and failed them both. (Exh. C.) Nick's bootcamp date was pushed off to January 2013. He attempted all 15 credits in the Fall 2012 semester so that he could attend that bootcamp. He failed out of four classes, and withdrew from one. (Exh. C.) Again, he was unable to attend bootcamp. The National Guard gave Nick another chance. He received a one year extension to get the requisite credits.

Spring semester went well – Nick passed two physical education classes to obtain three credits. He then passed a summer class for another three credits. (Exh. C.) By the fall semester of 2013, Nick's resolve was crumbling. He failed his most significant class, Beginning Water Fitness, but passed other physical education classes and a parenting class. Despite the four credits he earned in Fall 2013, Nick was not on track complete his Guard requirements prior to the expiration of his extension. As the National Guard stated in a March 18, 2014 press release after Nick's arrest, he "failed to meet basic education requirements" and was "pending discharge at the time of his arrest." (Exh. D.) It was during this time that the CHS approached him and made him an offer that did not depend on work, academics, or dependability.

From the beginning, the CHS told the FBI that Nick "tells everyone that he is in the military." (NT 460.) In fact, Nick's selective service registration acknowledgment was in his wallet along with military recruiter cards on the day of his arrest. (NT 487.)

Nick's positive views of the military and law enforcement persisted even during his FBI interrogation. Nick identified himself to the arresting FBI agents as "level 3" of the "19th Delta Calvary Scouts" (NT 460) with a "25 series Military Occupation Specialty" (NT 70.) Later,

1   when Nick got chilly, the FBI interrogator offered him a jacket.  Nick responded, "Uh-sure.

2   Does it say FBI on it?  That's kind of cool, just saying.  [Laughter]  Thank you."  (NT 573.)

3   **B.  For Nick Religion Was a Way to Help Others and Belong**

4         Once Nick's custody shifted to his father, he was raised Christian and very involved in

5   his church.  Family letters document his commitment to church functions and his willingness to

6   volunteer.   He played in the church bell choir in high school.  He volunteered in a Seattle soup

7   kitchen.   He was the king of fundraising against AIDS for a local organization.  He volunteered

8   at a hospice, at the food bank, and local races.

  



      Nick's positive desire to help others (even when they might not want that help) is a theme

throughout his life.  He even created a blog – "Askpapasmurf" – to give advice:

> Please check out my new advice blog and ask it questions or
> follow it i just created the blog and it is for anyone who needs
> a friend or anyone who just needs advice about anything trust
> me i have been through allot of the same shit as most of you
> and more than some of you
>
> my new blog URL is
>
> http://askpapasmurf.tumblr.com/

Nick Teausant – Sentencing Memorandum



Nick's history shows that he always jumped into things with both feet and then moved swiftly to something else.  As recently as early 2012, Nick posted about Christianity on Twitter:



In January 2012, Nick consistently tweeted about Christianity, sent out Bible passages, and suggested that those questioning their faith visit rechurch.com or reach out to a trusted fellow believer.  (Exh. E.)

Shortly thereafter, Nick became an acolyte of The Billionaire P.A., a formerly homeless man who runs Wealthy Minds, Inc., preaches the Christian prosperity gospel, advises followers to "Speak Your Dreams into Existence," and sells T-shirts imprinted with graphics like "God's on My Team, Who's On Yours" and "You Can Never Have Too Much Faith."[6]  Within days, Nick's Twitter feed switched to near constant shout outs to the Billionaire P.A., and repeated exhortations to others that "the bible has a WEALTHY MIND."  (Exh. F.)

Nick was also passionate about the Freemasons.  He changed his cover photo to the freemason symbol on February 9, 2014 only a month before this crime.  Nick also

---

[6] http://www.wealthymindsonline.com/billionairepamovement/

Nick Teasant – Sentencing Memorandum

-12-

claimed to the CHS that he was a "fifth degree, Master Mason" and a "master mason of the eastern sword." (NT SEN 482 (3/8/14).) Nick's identity as a freemason was very important to him and seemingly posed no conflict in his mind or online identity with Islam.



Assad Teausant @Seattle4lyf · 4 Jan 2013
@Dexterkevo1993 @freemasons I'm a Mason and I am overjoyed to be with these men as a brother your thirst for knowledge will never end!!

A product of his generation, Nick used his religious conversion to hit on girls on social media. He first converted because he became interested in an attractive Turkish exchange student in high school who would only date Muslims. (NT SEN 24.) He then sought out similar girls on the Internet and flirted with them by text and Facebook. (NT 907, 1783, 1813, 1552, 1600.) Being Muslim and American gave Nick access to a dating pool that he otherwise would never even have dreamed of: Muslim girls from around the world who would jump at the chance to have an American boyfriend. (NT SEN 219.)

For example, there was Noor Masri, to whom he posted **two** days before his arrest "I want this at my wedding . . . a wookie" with a picture of the wedding scene from Star Wars.





After Nick's arrest, Essa Nanda from Indonesia messaged him frequently: "I hope everything goes right soon. I love you so much!!! I love you so much baby . I wouldn't stop praying for you." (NT 1600-02.) There was also a "Syrian girl studying at Penn State," and Nick asked the CHS if "they should live together." (NT SEN 656.) He was also interested in Elyasiaa, who claimed to be a French Muslim model and texted him a photo. (NT SEN 219.)

He even gave romantic advice on his blog, plagiarized from other sources on the internet.[7] Nick became increasingly involved in Islam as his life unraveled.  A close family friend's death in a car accident in her late teens devastated Nick.  Nick dropped out of high school and was aimless. As with the other changes in his life, Nick posted about his conversion on social media, including his blog:



**Hey all-Assalamualaykum**

So its been a long ass time ago and lets just st... say follow me on instagram for cool islamic post and pics i find intresting includeing myself my instagrambname is BIGOLSMURF since I been on here but allot has changed since I was last on this. Let me just say this let's see...I'm still in the Army and I also converted to Islam Alhamdullillah for allah coming into my li it has been duch an honor tp be of those chooseing me

The community he felt with Islam was an attempt to overcome his fragmented youth and adolescence.  As he told the FBI about moving so frequently as a child, "You know what I learned?  You can't be yourself because everyone abandons you anyways.  You can't make friends because you're gone the next year."  (NT 572.)  Nick's conversion to Islam gave him a marker of identity that fed his need for support and community:

**Assad Teausant** @Seattle4lyf · 16 Jan 2013
@MuazzaMNoorani even if your parents despise you for being muslim and your father is emotionally and physically abusive!

💬 View conversation        ↩ Reply  ↻ Retweet  ★ Favorite  ••• More

Retweeted by Assad Teausant
☪ **MuazzaM Noorani** ☪ @MuazzaMNNoorani · 14 Jan 2013
The Cure Of An Aching Heart Is In The Dhikr Of Allah... pic.twitter.com/vk3vGfrY

📷 View photo        ↩ Reply  ↻ Retweet  ★ Favorite  ••• More

//

//

---

[7]    www.askislampedia.com, the Islamic Research Foundation International at http://www.irfi.org/articles/articles_51_100/halal_dating.htm.

1

2                    **C.  Nick Lived in a Fantasyland**

3              Nick's step-mother told FBI agents that Nick "lives in a fantasy land and frequently

4     played video games."  (NT 76.)  His mother likewise told the FBI that Nick "spends most of his

5     time at home playing video games or on the computer."  (NT 534.)  On social media, Nick

6     repeatedly references video games, like The Tribez and Call of Duty.  The Tribez is a "strategy

7     game where you take control of a Stone Age tribe, protect it from fierce enemies and take part in

8     amazing adventures."[8]  Nick spent the first week of March 2014 obsessively playing The Tribez

9     just before he got on Amtrak to Canada.  As he noted to the FBI after his arrest, "I have an

10    addiction to some of the games I play online."  (NT 616.)

11

12            Nick lived out his life online.  Every passing interest and fleeting thought gained a

13    mention in his virtual world.  As Nick posted about Islam under the name "Assad Teausant

14    bigolsmurf" on Ask.com, he also answered the question "If you had a boat, what would you

15    name it?" with "um the 'Smurf Sensation.'"  PSR ¶

16    11.  Nick answered the question "If you could go on

17    any holiday right now, where would you go?" with

18

19    "dude I would totally want Christmas to come back,

20    it's the only time my entire family is together

21    without fighting . . . PLUS I LOOVE THE EGG

22    NOG LATTE that starbucks has once a year."  Nick

23    answered the question, "Why aren't mustaches called

24    mouth brows?" with "Because mouth brows sounds

25

26

27  _____

28    [8]      http://www.game-insight.com/en/games/the-tribez.



      Nick Teausant – Sentencing Memorandum
                                                            -15-

lame!!"  Nick posted about cooking, his favorite food (DEER GUMBO!!), what he liked about himself, movies, his favorite flavor of ice cream, his favorite car, what animal he would be for a day, and how he spent his money.  His penultimate post was an answer to "Do you consider yourself a creative person?"  He stated, "No, I consider myself to be an asshole!!'  PSR ¶ 11.

Nick's Instagram posts about jihadism coincided with posts about the reality show



*Bridezillas Where Are They Now?* and images of a puppy (#cute), of himself in front of a U.S. Army sign (#armystrong), of a jellyfish (#beautiful), a bottle cap with trivia about alligator teeth (#amazing), chocolate chip cookies (#tasty), and a plate of barbeque (#family).  PSR ¶ 12.  Around the same time, Nick also posted about Starbucks coffee (#venti), the National Hockey League (#bruins), Boston (#mycity), photography (#funwithcamera), and his birthday (#yay). PSR ¶ 12.

Nick's ability to live out his life online appears to have had a negative influence on his real relationships.  Nick's step-mother noted that before his arrest, Nick's storytelling became more frequent, so much so that it "became uncomfortable to speak with him because he was so untruthful. [She] believed he did this to impress her and commented that he lives in a fantasy land and frequently played video games."  Various family members noted that Nick "makes up stories to fit in and be liked" and that he "will do anything to belong."

A high school psychological evaluation provided to the Probation Office noted that Nick "has a tendency to fabricate grandiose or bizarre stories. . . ."  At his next high school, an evaluator noted that "Nick is alienating himself from peers because of information he shares within classes, with the information or stories often embellished or being totally unrealistic. Nick

does not appear to detect the verbal and nonverbal responses of students (i.e. body language) as a clue that they are not buying his story." This unfortunate personality trait is not something that started with the current case. It is a core component of Nick's shaky personality to tell people what they want to hear, and to mold his identity and his statements around his constant need to be liked and accepted.

### D. The CHS's Evaluation of Nick: "he talks about the future as if it was today . . . a nice kid, but a loner and strange . . ." (CHS, NT SEN 655).

Nick's outlandish statements in the virtual world understandably inspired government reaction in the real world. After meeting with Nick breakfast on October 6, 2013, the CHS said Nick was "very open and seemed to be trying to impress him/her." (NT SEN 653.) Nick "talks about the future as if it were today." (NT SEN 655.) He described him as a "nice kid' but a "loner and strange," a "bull shitter" with a "vivid imagination." (NT SEN 655.)

From the beginning, the CHS passed on Nick's claims to the FBI. On October 5, 2013, Nick told the CHS that he went to Delta College and was planning to get a PhD in Biomedical Research. (NT 450, NT SEN 650.) The next day Nick told the CHS that he had a 4.5 GPA at Delta College.[9] (NT SEN 655.) He also claimed to have had a 4.0 G.P.A. in high school.[10] (NT SEN 655.)

Nick's fantastical claims hardly ended with his life in Lodi. Nick told the CHS that he had "five friends currently fighting in Syria." (NT 454.) Nick he also claimed to the CHS that day that he had "been to Pakistan with the military and that he was behind enemy lines relaying information to Special Forces to take out key targets." (NT SEN 654.) The CHS told FBI agents that Nick recounted "that while overseas, he became very close friends with a translator that was

---

[9]    He actually had a cumulative G.P.A. in Fall 2013 of 0.88 and was on academic probation. (Exh C.)

[10]    He actually dropped out of high school. (PSR, ¶ 95, p. 26.)

killed.  He said that [he] demanded an investigation into his death and that he bypassed his chain-of-command and talked directly to the General.  He was then sent back to the US and transferred to the National Guard." (NT SEN 654.)   Nick asserted that in the National Guard he was "working on airplanes at the Stockton Airport."[11]  (NT SEN 654.)   Nick told the CHS that "he was able to disable DOD security cameras at his reserve unit" by using his military ID card.  (NT 461.)  This was too much for the CHS, who noted that "there was no way he would be able to do that on a DOD system. . . ."  (NT 461.)

Understandably, the government focused in on Nick as a potential threat for radicalization.  The CHS clearly did not credit Nick's claims of foreign fighting experience.  He noted to the FBI that Nick was a "nice kid," but felt that if Nick were to "get with the wrong people he would be gone. . . ."  (NT SEN 655.)  So over hours and hours of hanging out, the government tested Nick's interest.  During this time, Nick bonded more and more with the CHS and continued to focus on the CHS's big plans for him.  Ironically, the more the CHS challenged Nick's motivation and commitment, the more Nick felt he had to prove himself.

It is clear from these taped conversations that Nick's purported "expertise" was all based in the virtual world.  Nick told the CHS that he knew how to enter a plane without being suspicious from watching the Military Channel on TV.  (NTSEN 149.)  He would smuggle himself out of the US as in the movie "Transporter."  (NTSEN 156.)  His purported familiarity with weapons and bombs came from watching the History Channel and Military Channel on TV.  (NTSEN 36-37, 665.)   In long, rambling discussions with the CHS and the UCE, Nick cited rap music ("Einstein" by Tech N9ne) (NTSEN 252), the Big Bang Theory (NTSEN 289), the Wizard of Oz (NTSEN 446), and YouTube videos (NTSEN 229, 416-417).  His knowledge of military tactics stemmed from "Rules of Engagement" and "G.I. Joe."  (NTSEN 20, 436.)  He repeatedly cited James Bond as an inspiration.  (NTSEN 500, 595.)  After his arrest, Nick told the FBI that

---

[11]      As documented in the PSR, all of this was hyperbole.

he knows about battle tactics from "movies and video games" and that he thought he could help

the Syrians improve their fighting because "over there, movies and video games are banned."

(NT 612.)

In that same interrogation, Nick also answered the following question:

FBI:    When – when you think of a fire bomb, what-what would go into that?

Nick:   Have you seen Kyle XY?

FBI:    No

Nick:   It was a TV show on ABC family for a couple of years.  Ok well he used fire
        bomb-a fire bomb to- it was actually filmed in Seattle um-but no, um-there was
        this lab research center that he fire bombed.  I don't know what you would use
        like – I'm not very good at chemistry.  Like I'm assuming you'd have to get some
        kind of molecular gas to interact with another molecular gas to cause the
        combustion but – because isn't napalm gel, right?  It's that type of gel that bursts
        into flame when it comes in contact with oxygen.  So I mean, or something like
        that so I'm-like I said, it was way-that's way too [Laughter] – that not even worth
        trying.  That's just – I'll leave it to Achmed the dead terrorist [Laughter].

FBI:    Achmed the dead terrorist.

Nick:   Yeah we went and saw Jeff Dunham.[12]

(NT 616.)

Nick was viewed as a big talker by everyone who knew him.  Even after he was pulled

from the bus at the Blaine Port of Entry by officers, Nick was very talkative and spoke with the

FBI for two hours, until they terminated the interview at 2:00 a.m.  He told officers that he "had

just been released from the army, where he had been working on computers in a 25 series

Military Occupation Specialty."  (NT 70.)

Nick portrayed himself as a super-hero to the government, using language so overblown

---

[12]     "Meet Achmed the Dead Terrorist," Jeff Dunham: Spark of Insanity available at
https://www.youtube.com/watch?v=GBvfiCdk-jc.  Nick posted on Ask.fm that in 2013 he waited
three hours to see Jeff Dunham's live comedy show.  Achmed the Dead Terrorist is one of Mr.
Dunham's most famous ventriloquist dummies.
https://www.jeffdunham.com/characters/achmed/  That bit of "jihad satire" has been called
offensive to Muslims.

that it could not possibly have been credited.  At one point he told the CHS about the training

he'd received: "Marksman, mapping, physical agility, mentally separating yourself from your

body, and running for two days straight with three hours of sleep." (NT 259.)  At another point,

Nick and the CHS have a competition over how hard Nick can shake his hand:

> Nick:  He'll [the mentor] probably tell that I'm strong too because I have a firm hand
>           shake.  With you I kind of loosen my grip because I don't want to crush your
>           hand.
>
> CHS:  Are you serious, dude?
>
> Nick:  I'm serious.  I loosen my grip.
>
> CHS:  Give me your hand.  You –
>
> Nick:  That's my normal grip.
>
> CHS:  Ok, keep squeezing.  Keep it – keep doing it.  Keep squeezing.
>
> Nick:  [Laughter]
>
> CHS:  That doesn't hurt, dude.
>
> (NT SEN 425-26.)

Just like Nick's overinflated view of his own strength, he lacked any military or other

skills.  He did not know how to fight hand-to-hand, or breach 'door to door.'  He did not know

muay thai, taekwondo, kickboxing, or karate.  He did not know how to shoot a grenade launcher,

rocket launcher, or throw grenades.  He did not know how to shoot an AK47, MR14, M16, or

M4A1.  He did not know how to set or make explosives.

As military records make clear, Teausant enlisted and discharged as an E1—he was never

promoted, he did not attend basic training, and his training was limited to a few weekend

Inactive Duty Training (IDT) drill sessions in 2012-13, none of which involved training with

weapons or combat tactics.  PSR ¶ 103.  Nick did not even know how to drive and relied on rides

from his mother, other family members, and the CHS.  (NT SEN 651.)  According to his mother,

getting a driver's license was too stressful for Nick, so she did not push him to learn how to drive. Nick had no foreign language skills. He had no survival skills. He had no medical skills. He had no mechanical or construction skills. He was flunking out of junior college.

The FBI had Nick under constant surveillance from early October 2013 until his arrest. Nick never went to drill with the National Guard. He did not purchase weapons. He never attended any target practice. Nick did nothing to prepare to give material support. Even when Nick claimed he would do something to help, he didn't. He did not buy the uniforms or weapons he discussed with the CHS. He did nothing to assist or better enable himself to assist terrorism.

### E. The Other Recruits "don't get to be good friends . . . they are missing out"
(NT SEN 311)

It is clear from the FBI reports that Nick felt that he and the CHS were close friends. When the CHS talked about helping some recruits get "on the fast track" so that he just has to talk to them once, Nick responded, "Yeah. But you see, they don't get to be good friends. They-they are missing out." (NT SEN 311.) Nick was clearly not on the fast-track: although not every interaction with the CHS was recorded, the recorded conversations alone total over seven hours, including one long rambling conversation of three hours and fifteen minutes while Nick and the CHS walked around the Delta College campus. They also exchanged countless texts starting in early October 2013 through March 2014, and the CHS reports at least one other conversation on October 21, 2013 that lasted three hours. (NT SEN 659-61.)

Nick clearly considered the CHS a "good friend." (NT SEN 311.) He asked the CHS for relationship advice. (NT SEN 667.) He obtained permission from his mom to invite the CHS to his house for a sleepover. Id. The CHS filled a huge void in Nick's life. As he later admitted to the CHS (who asked if Nick would hang out at the old abandoned meat factory in Lodi with friends), "I don't have friends." (NT SEN 464).

//

Nick Teausant – Sentencing Memorandum

-21-

**F. "I would love to join Allah's army but I don't even know how to start."** (PSR ¶ 12.)

Nick may have had a budding interest in all things Islam, but he had almost no familiarity with the players, and he was totally confused by the religious politics, as evidenced in this exchange with the CHS:

> CHS: Yes. But for the Shia though it's haram. But I don't take a word for it-I don't take a word from a Shia any day.
>
> Nick: That's because they don't believe the prophet was the right prophet. They believe that he was chosen wrongly, that it was his cousin or something.
>
> CHS: That's when it comes to the Califa.
>
> Nick: They believe that Jabreil made the wrong choice.
>
> CHS: *No, no, no,* um-they believe that the prophet was the last messenger-
>
> Nick: I thought they believed that he was-
>
> CHS: But-
>
> Nick: -the chosen [UI]?
>
> CHS: *No. That's um-Abu Bakr.* They thought that Abu Bakr was chosen wrongly to be the next Califa, right? They believe that Ali should have been. Because-
>
> Nick: [UI]
>
> CHS: *No, Ali.*
>
> Nick: Oh ok.
>
> CHS: [UI Portion]
>
> [OV]
>
> Nick: I thought you said Ayeesha. [Laughter]
>
> CHS: *No, Ali* they believe that Ali should be because there's a hadith where he says Ali is from me and I am from him, right. And that you know he would be the next person to lead but when the Prophet sallallahu alaihi wasallam passed away, right, they had an election and Abu Bakr became the first Califa and Ali became the fourth, right. And there was all this drama between the rift. And so that's what

the Shia's believe. What you're thinking of though is the [UI] who believed that the prophet was the last messenger but not the last prophet, right. And they believe-[13]

In March 2011, in the middle of the Arab Spring in which pro-democracy demonstrators were able to achieve changes in Egypt and Tunisia, Syrian protestors began to demonstrate against the harsh regime of Bashar al-Assad. The Syrian government's security forces responded with violence and the killing of civilians. The Free Syrian Army was founded during the Syrian Civil War in July 2011 with the goal to bring down the Assad government. It contains many 'moderate' groups fighting that Assad regime. In April 2013, the United States promised to funnel $123 million in aid to Syrian rebels through the military leadership of the FSA. These rebel groups continue to be supported militarily by the 59-country U.S. led-coalition forces in Syria. PSR ¶ 9.



**Assad Teausant** @Seattle4lyf · Dec 31
@AJAMStream i really would like to know more about SYRIA and the missing reporters in Egypt from your news team



💬 View conversation          ↩ Reply  ↔ Retweet  ★ Favorite  ••• M

The ever-changing cast of characters confused anyone paying attention.[14]   By July of 2013, the U.S. Defense Intelligence Agency reported that an estimated 1,200 rebel groups were currently fighting against the al-Assad government.[15]  Nick, watching the fight unfold on the internet, was likewise confused.  On December 25, 2013, Nick changed his profile picture on Facebook to the shield of the Free Syrian Army, an anti-Syrian-government group still supported by the U.S. PSR ¶ 25.



You changed your profile picture.

---

[13] NT SEN 246 (emphasis added).
[14] *See* Gilsinan, "The Confused Person's Guide to the Syrian Civil War" TheAtlantic.com
http://www.theatlantic.com/international/archive/2015/10/syrian-civil-war-guide-isis/410746/ (last checked 5/2/16).
[15] Schmitt and Mazzetti, "U.S. Intelligence Official Says Syrian War Could Last for Years," New York Times, July 20, 2013.

Meanwhile Nick was dealing with being dumped by the young woman he had been spending time with in the real world.



**Assad Teausant** @Seattle4lyf · Jan 1
The past is gone..move to the future. I still miss Fanh more than anything and love her but shes happy time to move on.

Expand        ↩ Reply  ↻ Retweet  ★ Favorite  ••• More

On January 4, 2014, after about three months of contact with the CHS, Nick still wanted to help the Free Syrian Army, which is not an outlawed group:

Nick:  Yes, I want to get my passport as soon as I can and then go and leave everything behind.  I don't care.

CHS:  Do you even know who you have to fight with?

Nick:  Uh-free Syrian army.

CHS:  That's it?

Nick:  I want to help my brothers because of the Bashar.

CHS:  Ok.

Nick:  I've researched him.  I've seen what he's done, I've heard all about the sarin gas poisoning and just like everyone else. .

CHS:  Uh-huh.

Nick:  I've seen photos where he dropped a bomb and it blew up a bus that had a bunch of women and school children –

CHS:  Yea, I mean that stuff all happened.  It's very sad.

Nick:  I mean –

CHS:  Our brothers and sister out there are getting killed by an oppressor.  By [UI], by a tyrant.

Two weeks later, even after the January 4, 2014 meeting with the CHS, Nick remained focused on being anti-Bashar Al-Assad:

Nick Teausant – Sentencing Memorandum

-24-



Some of his views of the Syrian conflict were naïve but well-intentioned:

> Nick:  . . . the Syrian People have already been forced under oppression by Assad al Bashar and um-there's a higher Shia populations in Sunni so to be honest, I think it would be peaceful, but it would be like that bill that they're trying to pass in California to break it up into seven different states.
>
> Uh-I think that's basically what would happen in Syria.  It would be broken up into Sunni side, Shia side, and that would be that.  So there'd be peace and no one would be bombing each other but I don't think any one particular government would be in control.
>
> FBI:  Gotcha.
>
> Nick:  I didn't really think too much into it.  I just thought more about stopping the bombing of innocent civilians.
>
> FBI:  OK, by-by taking part in the war?
>
> Nick:  Yeah.[16]

Nick's grasp on Islam was so shaky that on February 10, 2014, the CHS insisted that he learn a "dua" before meeting with the "mentor":

---

[16] NT 604.

Nick Teausant – Sentencing Memorandum

-25-

CHS:  There-there is on prayer that I want you to learn though and it will be good for you.  It's the prayer when you leave your house, right, and when you say it –

Nick:  Oh, upon leaving the house?

CHS:  -upon leaving the house.

Nick:  You say Bism-allah –

CHS:  Do you know it?

Nick:  Ayuhan.

CHS:  No not that one.  There's another one the-the-not that one.

(NT SEN 350.)  The CHS taught Nick the dua and painstakingly went through it so Nick could write it down phonetically.  Later in the three hour conversation, the CHS again reminded him, "[L]earn that specific prayer.  I want you to learn it.  And then if you want, at the same time, learn other protection prayers. . . .. Dude, you'll-you'll impress-you'll impress the heck out of my mentor."  (NT SEN 370.)

Nick had trouble memorizing the dua.  On February 22, 2014, the CHS checked in on him.  Nick had not memorized it at all.  (NT SEN 395.)  The CHS encouraged him, "See, it's easy.  All you got to do is just put your mind to it.  Now you just have to memorize it."  (NT SEN 398.)  The CHS repeatedly nagged Nick like a parent overseeing a kid's homework:

CHS:  Yeah, so, you know, memorize it.  Once you memorize it, it will all be good.  It's important that you memorize it.  So what are you supposed to do for next time?

Nick:  Memorize this.

(NT SEN 399.)  And again, before parting:

CHS: So what are you supposed to do next time for u-when you meet my mentor?

Nick:  Remember that.

Nick Teausant – Sentencing Memorandum

CHS:  Huh?

Nick:  Remember Dua.

CHS:  Remember the Dua.  And what-what is the Dua for?

Nick:  Uh-leaving the house.

CHS:  Leaving the house.  And what does it do?

Nick:  It's asking Allah to protect me from all that is bad and help me throughout my day.

CHS:  Good.  Well at least you know the meaning –

NT:  I remember the meaning.  [Laughter]

CHS:  -and you know the [UI].  Ok.  So, just-just work on the-just work on the [UI] you know, the [UI] . . . you know just memorizing in Arabic.

(NT SEN 414.)

When Nick met with the "mentor" on March 5, 2014, the mentor asked for the dua.  Nick recited it, mangled the end part, and was criticized by the "mentor" for his pronunciation.  (NT SEN 110.)  In one month he had failed to memorize 14 words correctly.

### G.  ISIS = "The Islamic State of um-crap I forget."  (NT 370.)

Nick had no idea what he was getting into when he started hanging out with the CHS. After Nick's attempts to impress the CHS at their first meeting in October 2013, the relationship settled down to exchanges of texts containing "friendly . . . and casual communication," "basic pleasantries/greetings," and "friendly exchanges and seeing how each other is doing."  (NT SEN 656-658.)  However, by the middle of the three hour and fifteen minute January 4, 2014 conversation, Nick's interest in helping the Free Syrian Army had morphed into something else. Later in the same conversation the CHS again asked Nick, "[D]o you know what groups you want to be a part of over there?  [M]y friends, when they go over there, they fight with the people

Nick Teausant – Sentencing Memorandum

-27-

who are part of the Qurah and Sunnah, right." (NTSEN 280-81.)  Nick then said, "I liked ISIS," and called it the "Islamic State of um-crap I forget." (NTSEN 281.)  The CHS approvingly told him, "That one's a good one, that one's on the Quran and Sunnah." Id.  This contrasts markedly with the lack of interest the CHS had in Nick's desire to fight with the Free Syrian Army at the beginning of the conversation.

It is difficult to remember that in early 2014, ISIS *was* "The Islamic State of um-crap I forget" – not just for Nick, but for everyone else as well.   When Nick was being investigated, ISIS was merely one of hundreds anti-Assad forces active in Syria, including many that were allied with and supported by American and Coalition forces against the regime.  When Nick was talking about the "Islamic State of um-crap I forget," ISIS had not beheaded any hostages.  It had not struck in any Western countries.   It had not become synonymous with global terrorism.  In fact, ISIS and ISIL were only officially added to the list of terrorist groups under those names on May 14, 2014, two months after Nick was arrested.[17]

Accordingly, although Nick's social media spoke of the Free Syrian Army repeatedly, it had no posts about ISIS by name. A Google trends report shows that search interest in ISIS and ISIL surged several months after Nick's March 2014 arrest.

---

[17] U.S. Dept. of State, Press Release (May 14, 2014.) http://www.state.gov/r/pa/prs/ps/2014/05/226067.htm  (last checked 4/28/2016).

Nick Teausant – Sentencing Memorandum

-28-



- isis
- Islamic State of Iraq and the Levant

The CHS's approving response to ISIS -- "That one's a good one, that one's on the Quran and Sunnah" – means that ISIS fought on properly Islamic principals.  (NT SEN 281.)  After that Nick parroted the CHS's words to the government no less than five times over the next two months:

1. On February 1, 2014:  "The reason why I was interested in the ISIS is because *they follow the Sunnah*"  (NT SEN 157.)

2. On February 10, 2014:  "I'm like, 'see, I admire you because you're really *sticking to the [Sunnah]* . . . ."  (NT SEN 374.)

3. On March 5, 2014 (to the UCE mentor):  "Um-I'm very-very supportive of ISIS.  I believe that they *fight based upon the Sunnah*." . . ."  (NT SEN 109.)

4. Also to the mentor in the same conversation, "So, I had to research ISIS, the Islamic State of al sham and Levant and um-I found that they were fighting *based on what the Quran was saying*. . . "  (NT SEN 112.)

5. Later on March 5, 2014 (to the CI):  "I told him [the mentor] about how I'd researched them and uh-found that they *fight based upon the Sunnah*."  (NT SEN 444-45.)

During his interrogation by the FBI, Nick was asked why he picked the group he sought to fight with.  He stated, "Oh, I picked them up-based upon the ethics of how they fight."  (NT 602.)  He stated that he didn't believe in Al Qaeda or the Taliban because he didn't believe in

suicide bombing, and that those groups were not fighting right and were "breaking so many rules against the religion like they're not even Muslim, they just call themselves that." Id., 602-03.

Nick's lack of understanding of the politics is clear. After his arrest, when the FBI told him "we can't let you do what you're planning to do." Nick asked, "Why not? Because I'm not going . . . against the government. I'm going against a different government that you guys are aiding to go against." (NT 557.) When the special agent asked him, "But the specific group ISIS is not a group that-that's aligned with us, correct?" Nick responded, "Is there a group that's aligned with you that I can join to fight Syria?" Id.

Nick's arrest in March 2014 appears to be the first crime charged in connection with ISIS. Indeed, Nick's is the first case on the Washington Post's timeline of ISIS cases.[18]



## When the charges occured

H.  **Complete Lack of Preparation and Total Inability – "Walk straight across in a straight line and eventually you'll find your way there." (NT SEN 234.)**

Nick's talks with the CHS and UCE were a mishmash of this kind of pop culture view of the military, with inconsistent political views obtained through YouTube and social media. As to

---

[18] Goldman, Yang and Muyskens, "The Islamic State's suspected inroads into America" washingtonpost.com https://www.washingtonpost.com/graphics/national/isis-suspects/ (last checked 5/9/16).

be expected from someone whose view of the world is gained through TV, video games, and

movies, Nick's intentions were completely naïve, unrealistic, and destined to fail.  The CHS

asked him about his plans to get to Syria, and especially how he will get from a neighboring

country into the war zone:

> Nic:  it doesn't seem – it doesn't seem that hard though.  I mean it's mountain terrain. . . . Fort Jackson is in a mountain that's there in woods.

> CHS:  . . . what's Fort Jackson?

> Nick:  But I don't know the climate - I don't know the climate though.  I don't know the cultures there, the right roads to take.  But I mean it doesn't seem like it would be that difficult.  Syria's that way, there's no real borders, avoid the main roads, walk straight across in a straight line and eventually you'll find your way there.[19]

Nick's view of this was so magical that it was only one step removed from clicking his ruby

slippers three times.  He was not only unrealistic about what would happen once he left the U.S.,

he was unrealistic and illogical about even the very routine logistics of traveling abroad from

Lodi.  He thought that a ticket to Turkey would cost about five hundred dollars and was shocked

when the CI told him that it would be "twenty five hundred bucks," responding "That's crazy."

(NTSEN 240.)

On January 4, 2014, Nick and the CHS had an entire conversation about renewing Nick's

passport, with the CHS providing instruction about how to go about it.

> CHS:  OK.  Yeah, definitely get your passport.

> Nick:  I need to get my passport, I have my old passport, so I mean that should be easy.  It's just what, mailing my old passport and get a new one?

> CHS:  No.  What you do is you go to the uh-post office –

> Nick:  Uh-huh.

> CHS:  and you get a passport application, right.  You fill it out, you mail in your passport – old passport with your new application, and then they'll send it to your house.

---

[19] NT SEN 234.

Nick Teausant – Sentencing Memorandum

Nick:  Oh ok.

CHS:  Yeah, yeah.

Nick:  Cool.

(NT SEN 283.)  Yet that information did not stick.

In mid-January 2014, the CHS checked on the status of Nick's passport.  Nick told him on January 15 he could not find it and had to order a new one.  (NT 1965.)  Within two days he posted the issue on Facebook:



| | |
|---|---|
| Nicholas Michael Teausant | Hey Anyone know how long it takes to renew a passport or even how to? i already have an old one i just need to renew it got invited o an awesome trip and i want to get a head start and get new passport now so yeah!!  Like · · Share    Muhammad Hasif Bin Hazani and 2    1/17/2014 6:39:10 AM |

Nick never did get his passport renewed.  With an expiring passport, Nick would never have been able to buy a ticket and fly from to Turkey, which requires a visa and at least 60 days of passport validity after the expiration date of the visa.[20]  Accordingly, on February 10, 2014 the government lowered the bar and made things easier for Nick: the CHS told him that he no longer needed to renew his expiring passport or worry about how to get to Syria:

CHS:   I was talking to my mentor and, you know, two months is fine – two months left on your passport.  When you meet him –

Nick:  Two months on my passport is fine?  I can still go?

CHS:  It's fine.  You can still go.  You don't have to worry about that.  All you got to do is get yourself to the border, right, and you'll be taken care of, right.

(NT SEN 355.)  Clearly if the sting relied on Nick renewing his passport by himself, it would have never succeeded.  Nick's passport was expiring on April 14, 2014 when he got on that

---

[20] All foreigners need a valid passport and visa to travel to Turkey. Passports must have at least 60 days beyond the expiration date of the visa. All foreigners must obtain a Turkish visa from Turkish missions abroad or from the e-Visa application system prior to arrival.
https://travel.state.gov/content/passports/en/country/turkey.html

Nick Teausant – Sentencing Memorandum

Amtrak in the middle of March.

> **I. "You're only 30 short [for the ticket] though.  You can get that amount.  I know it bro.  You're resourceful so I have no doubt inshallah."**
> (CHS, NT 1905.)

In addition to the logistical problems Nick had renewing his passport, Nick also was unable to afford a ticket.  In early January, Nick and the CHS started talking about buying a ticket.   On February 1, 2014, the CHS asks Nick again, "Have you given thought about how you're going to get to Turkey?  Um-you know about the money situation and everything?"  (NT SEN 148.)  Nick's plan:  "I'm going to start looking for a job. . . To try and save up some money so that I can get myself at least to the airport. . . And then get myself over there."  Id.  Nick never did find a job.

As discussed above, on February 10, 2014, the CHS lowered the bar and suggested that Nick get himself to the border where he would be "taken care of."  (NT SEN 355.)  Later that day, Nick texted the CHS, "Found a bus for 270 thats a strait shot from lodi to mexico city."  The CHS responded, "Lol.  I thought you wanted Canada?  Either way is good.  What ever is easier for you."  (NT 1952.)  On February 11, Nick texted a screen shot of a bus fare for March 15, from Vancouver to Lodi.  (NT 1960.)  Nick then indicated he needed to ask Tariq, who ran a hat shop at the mall, if he could work with him to get $120 for the trip.  (NT 1968.)

Throughout February, Nick documented his attempts to save up money for the ticket by text and photo to the CHS.  (NT 1961-62, 1968.)  On February 11, Nick asked the CHS to explain a series of texts he exchanged with someone who would pay Nick to post craigslist ads.  (NT 1937.)  Nick went ahead and posted the Craigslist ads, and by February 13th, it appeared that Nick had $200 available to buy a ticket.  (NT 1969.)  On February 14th, he texted the CHS that he was ready with "140 in bank and passport safely hidden away."  (NT 1970.)  On February 16, Nick texted the CHS, "Back home got 140 in, bank have my id's and passport still lol."  (NT

1947.)  On February 21, Nick talked about buying the ticket for March 2nd.  (NT 1940.)  He

arranged to meet the CHS on February 22, and the CHS reminded Nick, "Don't forget your

passport this time."  (NT 1948.)   On Wednesday, February 26, the CHS again said, "Let me

know when you purchase your ticket."  (NT 1956.)  The expiring passport became another

obstacle to buying the ticket to Canada. (NT 483.)

      In early March, after two months of discussions with the CHS about traveling abroad, and

after claiming to put the money he earned safely away, Nick was broke again.  He had clearly

spent the money that he claimed to have saved for a ticket on other things.  His passport was now

expiring in six weeks.  To help fund Nick's ticket, the CHS expressed interest in buying his

computer (NT 1919) or having a friend buy it (NT 1904.)  Nick and the CHS arranged for the

CHS to buy Nick's computer for $140.  (NT 1909.)

      On March 8, 2014, the CHS and Nick met.  Nick brought the computer for the CHS.  He

told the CHS that he would buy the ticket on his phone.  (NT SEN 457.)  After talking about

something unrelated, the CHS nagged him about the ticket again.  Nick stated that he would buy

it "tonight," and the CHS asked him to text a screenshot of the ticket to him.   Nick then talked

about going running at Lodi lake, and the CHS interjected, "Well I mean if you're thinking of

going over there, I mean why don't you just-might as well buy your ticket today then?  From that

place?"  (NT SEN 466.)  Nick asked, "Can I get it from the bus station right there?"  The CHS

answered, "Yeah you can.  You can totally buy it."  (NT SEN 467.)  The CHS then asked if Nick

wanted to "do it now." Id.

      Later, Nick gave the CHS directions to drive him to Target because he believed that he

needed a credit card to buy the ticket.  (NT SEN 479.)  The CHS told him "you have cash, man.

Just use the cash." Nick insisted, "but they have to have a card."  The CHS responded, "No

we're—you're buying it in person you don't." Id.  That appeared to send Nick and the CHS

Nick Teausant – Sentencing Memorandum

back to the station when the CHS parked and told Nick, "Get your ticket." (NT SEN 483.) It turned out Nick couldn't buy an international ticket at the station because he needed all of his passport information and had to do it online. (NT SEN 484.) Nick then decided to walk to Target to buy a gift card. (NT SEN 485.) Before splitting up, the CHS asked again, "So, when-when do you think you're going to be buying your ticket?" (NT SEN 488.) Nick said he'll do it right away on his app for March 21st as discussed with the mentor. (NT SEN 489.)

Two days later, Nick still had not bought a ticket. He then said he would hitchhike or walk (but noted "lol" – laugh out loud) because of his financial and practical issues buying a ticket. The CHS's report of his texts with Nick on March 10, 2014 detailed those problems:

1. The ticket price went up to $148, and Nick only had $120 on his card. (NT 1917.) The CHS advised him to sell his headphones on Craiglist. (NT SEN 701; NT 1905, 1920.) The CHS noted that Nick was only $30 short and told him that "he was resourceful and would get it."

2. The tickets after the 15th were more expensive, but the CHS told Nick that it was important to stick with the 21st or after. (NT 1920.) He asked Nick about dates after the 21st. Nick told him that they all jumped to 400 bucks or were sold out. The CHS texted, "Don't give up. Keep looking." (NT 1910.)

3. Nick was unable to put more money on his card because the bank would take an additional $80 for him to reload it. (NT SEN 701; NT 1905.)

4. Nick's passport was going to expire on April 14th and he had not gotten a new one. The CHS told him to try to leave before April 14th.

5. Nick was concerned about a $15 express mail charge and "the CHS advised him to get an electronic ticket. Mailed ticket may cost more." (NT 1915.) Nick was not sure if he could get an electronic ticket.

Nick then finally bought the ticket for March 15th, not the 21st and sent a screen shot to the CHS. It appeared that the ticket was bought for the $120 Nick had on his card. (NT 525.) This entire series of interactions took place over months and culminated in Nick buying a ticket for the wrong date and disappointing the "mentor" (NT SEN 495) because he did not follow

directions.  Despite having months to do so, and discussing it as far back as January, Nick also never renewed his passport, so by the time he set out in mid-March it would expire a month later.

    J.  **"My favorite color's turquoise. . . . My favorite animal's a penguin.  I love penguins."**  (NT SEN 415-16.)

Playing along with the CHS was so challenging for Nick that he could not even keep his stories straight.  And often, Nick's natural goofiness would completely break through and spin the seemingly serious conversations into surreal territory.

For example, at a critical time in the investigation, when the CHS had spoken to Nick at length and finally invited him to meet his "mentor," the CHS asked Nick 'is there anything else you want me to tell my mentor that I haven't already told him that I don't know about you?' Teausant replied, "My favorite color's turquoise. . . . My favorite animal's a penguin.  I love penguins."  (NTSEN 415-16.).   Then, instead of working or planning to join terrorists to travel to Syria, Nick spent the week before his departure playing The Tribez on his android phone and tweeting about it.  (Exh. G.)

On March 7, in an absurd conversation with "the mentor," Nick was "[w]elcomed to the mujahedeen."  (UCE, NT SEN 122.)   In all seriousness, Nick gave the mentor his "Battle Book."  It was a camouflage patterned three ring binder that contained a spiral bound notebook and a pad of paper with two handwritten notes.  Those notes state, "when invading a city place your base of operations underground in an old Factory – or Enter with the biggest boldest tanks you got and let them know who's Boss . . . OOOHURA."  (NT 490-92.)



A few days later, on the 15th, Nick had a "much needed guys day" with the CHS, then boarded a train in Lodi, "off to have a lot of fun with [his] friend."





While en route, he took selfies and landscape snapshots while on the bus, and spoke with family. PSR ¶ 31.  He kept updating his Facebook profile through the day of his arrest including after Amtrak left Olympia, Washington:



## IV.    CONCLUSION

The records and reports submitted provide ample reasons to depart or vary in this case. Nick is mentally ill, extremely immature, and suffered immense childhood trauma. He exaggerated nearly everything he spoke to the CHS and UCE about, including his interest in fighting in Syria. Other evidence from the very same period of time shows an immature young man who heedlessly threw himself into anything that crossed his path whether it was a TV show or a new Starbucks drink. Nick was extremely naïve about the political and military situation in Syria, and the CHS stoked his interest in ISIS. There is no doubt that Nick could never have accomplished anything without the ample support he was given by the sting operation. He could not manage renew his passport despite multiple reminders by the CHS. He needed help even to buy the bus/train ticket to the border. He lacked funds even to make this happen and had to sell his laptop to the CHS to pay for the ticket. The guidelines presume many things that are not involved in this case—a capacity for violence, an ability to meaningfully support an illegal group through skills or money, a true commitment to wage war on innocents – none of which are present here.

The formal objections filed concurrently with this sentencing memorandum would result in a guideline range of 33 to 41 months in this case. The objections take into account (1) that this offense is an attempt; (2) that this crime involved no violence; (3) that Nick did not calculate this offense to affect any governmental action; and (4) that Nick has no criminal history of any kind. Given the profound mitigation discussed above, a sentence at the bottom of those guidelines – 33 months – is appropriate. In consideration of Nick's extreme youth and mental illness, the defense requests a longer term of supervision – 20 years – with all the supervised release conditions requested by the government and probation office.

Incarceration as a "terrorist" in the BOP will be devastating for Nick. In all likelihood, Nick will be housed in a Communications Management Unit (CMU). The Bureau of Prisons houses many inmates convicted of non-violent terrorism related convictions, like material support, in CMUs. "Prisoners in the units face strict restrictions on all forms of communication with the outside world, including a prohibition on all contact visits, and are segregated from other prisoners."[21] This means that Nick will likely serve his sentence in isolation, without a single chance to hug his parents, without a single phone call lasting more than 15 minutes at a time, and interrupted by days of silence. It will fail to improve any of the conditions which led to this offense, while separating him from the positive influences in his life.

Meanwhile, a long term of supervision under the authority of the United States Probation Office is ideal both to protect the public and provide the stability and structure required for reentry into society. This entire investigation illustrates Nick's willingness to bond with authority figures who show an interest in him. What better opportunity to rehabilitate than to have a Probation Officer who is focused on supporting Nick in the direction of positive change. We have seen what happened when Nick's negative impulses were validated and supported; it is high time that the government take the lead in cultivating the positive instincts of this troubled young man.

//

//

---

[21]     Meeropol, Challenging Secretive U.S. Prisons, Huffington Post, October 28, 2015.

Nick Teausant – Sentencing Memorandum

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    For all of the foregoing reasons, the defense respectfully requests the Court impose a sentence of 33 months, and a 20 year period of supervised release with all the conditions of supervision proposed by the probation office and the government.  The requested sentence is sufficient, but not greater than necessary, to achieve justice and satisfy the 18 U.S.C. § 3553(a) factors.


DATED: May 10, 2016                    Respectfully submitted,

                                       HEATHER E. WILLIAMS

                                       Federal Defender

                                       */s/ Matthew M. Scoble*
                                       MATTHEW M. SCOBLE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       NICHOLAS TEAUSANT

                                       */s/ Benjamin Galloway*
                                       BENJAMIN GALLOWAY
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       NICHOLAS TEAUSANT

Nick Teausant – Sentencing Memorandum