APPLICANT COPY

# CONGRATULATIONS! A SUCCESSFUL RESERVATION WAS COMPLETED FOR

| | | | |
|---|---|---|---|
| NAME **TEAUSANT NICHOLAS MICHAEL** | | | SSN **XXXXX** |
| JOB **25U1O00YY** | | TITLE **SIGNAL SUPPORT SYSTEMS SPECIALIST** | |
| TERM **6 YEARS** **0 WEEKS** | | PPN | |
| UNIT **WQDXAA** | **118TH MAINT CO** | | |

VACANCY CONTROL # **8977520**   PARA **101**   LINE **09**   POS **0000**

INCENTIVE(S)

IMMEDIATELY CONTACT YOUR COMMAND TO INITIATE IN-PROCESSING THE UNIT IS LOCATED AT

| ADDRESS | **8010 SOUTH AIRPORT WAY** | | |
|---|---|---|---|
| | **STOCKTON** | **CA** | **952060000** |
| PHONE | **209983-5370** | | |

| TRAINING SHIP DATE **20120625** | PRE-TRAINING DATE | PRE-TRAINING LOCATION |
|---|---|---|

REPORT TO THE MEPS FOR TRANSPORTATION TO YOUR TRAINING LOCATION ON **20120625**

WHILE SPECIFIC TRAINING LOCATIONS ARE NOT GUARANTEED YOU ARE TENTATIVELY SCHEDULED TO RECEIVE THE FOLLOWING TRAINING

| TYPE | LOCATION | START DATE | LENGTH WKS | LENGTH DAYS |
|---|---|---|---|---|
| **BASIC TRAINING** | **JACKSON** | **20120702** | **9** | **4** |

TOTAL TRAINING LENGTH IS **9** WEEKS AND **4** DAYS

IN ORDER FOR YOUR RESERVATION TO REMAIN VALID YOU MUST REMAIN MORALLY AND PHYSICALLY QUALIFIED FOR ENLISTMENT PLEASE REPORT ANY CHANGES THAT AFFECT YOUR STATUS TO YOUR RECRUITER IMMEDIATELY

PERMANENT RESERVATION DATE **20120430**

TEMPORARY RESERVATION DATE **20120428**

**SHIP REMARKS**

Job Quals   Report Letter   Packet Letter   Print All

https://dragoon.green.keystone.army.mil/wrstage/DonsInf...

Exhibit A

## San Joaquin Delta College
## Guidance and Counseling Division
## Student Education Plan

Name  **Tessusant  Nicholas  Michael**   Student ID # _____
    Last         First         MI

E-Mail Address _____

**EDUCATIONAL OBJECTIVE(S)**

Status: ___ Athlete      ___ EOPS       ___ ESL
       ___ International  ___ DSPS       ___ Puente
       ___ CalWORKs    ___ Re-Entry    ___ Veteran
       ___ MESA

Certificate: _____

AA/AS Degree: _____

Transfer: _____
        Major

        Transfer Institution

Assessment Scores:   RE ___   MA ___   CM ___

Work hours per week _____

The courses listed below are designed to enable the student to carry out the educational plans s/he has indicated. If the student is undecided or changes her/his plans at a later date, s/he may find that there are subject deficiencies which will have to be completed.

| Summer 2012 SEMESTER | Units |
|---|---|
| FCS 2 (Life Management) | 3 |
| Health ED I | 3 |

| Fall 2012 SEMESTER | Units |
|---|---|
| AJ 21 | 3 |
| P.E. 09 A | 1.5 |
| P.E. 14 A | 1.5 |
| Music 8 | 3 |
| Music 7 | 3 |

**REFERRALS:**

DeRicco Student Services Building
- Admissions & Records, first floor
- Assessment Center, first floor
- CalWorks, second floor
- Career Center (CTC), second floor
- DSPS, second floor
- E.O.P.S., second floor

DeRicco Student Services Building
- E-Services Center, first floor
- Financial Aid, first floor
- Transfer Center (CTC), second floor
- Veterans Window, first floor
- WorkNet Center, second floor
- Other _____

Other Campus Services/Locations
- Athletics Office (Budd 119)
- Math/Science Learning Ctr (Shima 217)
- MESA
- Read/Write Learn Ctr (Holt 201)
- Other _____
- Other _____

www.deltacollege.edu   www.assist.org   www.fafsa.ed.gov   www.csumentor.edu   http://universityofcalifornia.edu/admissions

COMMENTS: **If the Student Completes the Summer of 2012 and Fall of 2012 Classes he will have 15 units Completed.**

4/27/12   Date     x _____ Student Signature     _____ Counselor Signature

NOTE: This form is for planning purposes only. It is not a graduation or certificate evaluation.     scjr 7/6/2011

Per telephonic conversation with guidance counselor on 4/27/12 student will

Exhibit B

# ACADEMIC TRANSCRIPT

**San Joaquin Delta College**
5151 Pacific Avenue
Stockton, California 95207

5/5/2014
PAGE 1 OF 2

NAME: TEAUSANT, NICHOLAS MICHAEL          SSN:
MAJOR:                                     BIRTHDATE:

| GE | CAN | DEPARTMENT AND NO. | COURSE DESCRIPTION | GRADE | UNITS ATT | UNITS COMP | G.P.A. UNITS | GRADE POINTS | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | **Summer Session 2012** | | | | | | | |
| | | MUSIC 004 | EXPLORING MUSIC | F | 3.0 | 0.0 | 3.0 | 0.0 | |
| | | MUSIC 007 | EXCURSIONS IN MUSIC | F | 3.0 | 0.0 | 3.0 | 0.0 | |
| | | SEMESTER TOTAL | G.P.A. 0.00 | | 6.0 | 0.0 | 6.0 | 0.0 | |
| | | CUMULATIVE TOTAL | G.P.A. 0.00 | | | 0.0 | 6.0 | 0.0 | |
| | | **Fall Semester 2012** | | | | | | | |
| | | A J 051 | INTRO CORRECTIONAL S | F | 3.0 | 0.0 | 3.0 | 0.0 | |
| | | ANTHR 002 | PHYSICAL ANTHROPOLOG | F | 3.0 | 0.0 | 3.0 | 0.0 | |
| | | ART 001C | ART HISTORY | F | 3.0 | 0.0 | 3.0 | 0.0 | |
| | | FCS 006 | NUTRITION | W | 3.0 | 0.0 | 0.0 | 0.0 | |
| | | HIST 017A | HISTORY OF THE UNITE | F | 3.0 | 0.0 | 3.0 | 0.0 | |
| | | SEMESTER TOTAL | G.P.A. 0.00 | | 15.0 | 0.0 | 12.0 | 0.0 | |
| | | CUMULATIVE TOTAL | G.P.A. 0.00 | | | 0.0 | 18.0 | 0.0 | |
| | | **Spring Semester 2013** | | | | | | | |
| | | PEACTIV 009H | BEG SPORTS CONDITION | A | 1.5 | 1.5 | 1.5 | 6.0 | |
| | | PEACTIV 014A | BEGINNING WEIGHT TRA | A | 1.5 | 1.5 | 1.5 | 6.0 | |
| | | SEMESTER TOTAL | G.P.A. 4.00 | | 3.0 | 3.0 | 3.0 | 12.0 | |
| | | CUMULATIVE TOTAL | G.P.A. 0.57 | | | 3.0 | 21.0 | 12.0 | |
| | | **Summer Session 2013** | | | | | | | |
| | | RELGN 014B | GREAT RELGNS/WEST WO | B | 3.0 | 3.0 | 3.0 | 9.0 | |
| | | SEMESTER TOTAL | G.P.A. 3.00 | | 3.0 | 3.0 | 3.0 | 9.0 | |
| | | CUMULATIVE TOTAL | G.P.A. 0.88 | | | 6.0 | 24.0 | 21.0 | |
| | | **Fall Semester 2013** | | | | | | | |
| | | FKC 096 | PARENTING CHILDREN I | A | 0.5 | 0.5 | 0.5 | 2.0 | |
| | | PEACTIV 001G | BEG WATER FITNESS | F | 2.0 | 0.0 | 2.0 | 0.0 | |
| | | PEACTIV 009A | BEGINNING INDIVIDUAL | A | 1.5 | 1.5 | 1.5 | 6.0 | |
| | | PEACTIV 014B | INTERMED WEIGHT TRAI | A | 1.0 | 1.0 | 1.0 | 4.0 | |
| | | PEACTIV 025A | BASKETBALL I | B | 1.0 | 1.0 | 1.0 | 3.0 | |
| | | SEMESTER TOTAL | G.P.A. 2.50 | | 6.0 | 4.0 | 6.0 | 15.0 | |
| | | CUMULATIVE TOTAL | G.P.A. 1.20 | | | 10.0 | 30.0 | 36.0 | |

The Office of Admissions and Records has released this information in accordance with the Family Education Rights and Privacy Act of 1974. This information cannot be copied or released to a third party without the written consent of the student whose name appears on this transcript.

*Karen Sea*
Karen Sea
Registrar

Exhibit C

# ACADEMIC TRANSCRIPT

San Joaquin Delta College
5151 Pacific Avenue
Stockton, California 95207

5/5/2014
PAGE 2 OF 2

NAME:  TEAUSANT, NICHOLAS MICHAEL
MAJOR:

SSN:
BIRTHDATE:

| GE | CAN | DEPARTMENT AND NO. | COURSE DESCRIPTION | GRADE | UNITS ATT | UNITS COMP | G.P.A. UNITS | GRADE POINTS | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | Spring Semester 2014 | | | | | | | |
| | | A J 051 | INTRO CORRECTIONAL S | IP | 3.0 | 0.0 | 0.0 | 0.0 | |
| | | PEACTIV 009B | INTERMED INDIVIDUAL | IP | 1.0 | 0.0 | 0.0 | 0.0 | |
| | | PEACTIV 014C | ADVANCED WEIGHT TRAI | W | 1.0 | 0.0 | 0.0 | 0.0 | |
| SEMESTER TOTAL | | | G.P.A. 0.00 | | 5.0 | 0.0 | 0.0 | 0.0 | |
| CUMULATIVE TOTAL | | | G.P.A. 1.20 | | | 10.0 | 30.0 | 36.0 | |

END OF TRANSCRIPT

The Office of Admissions and Records has released this information in accordance with the Family Education Rights and Privacy Act of 1974. This information cannot be copied or released to a third party without the written consent of the student whose name appears on this transcript.

Karen Sea
Registrar

```
San Joaquin Delta College
Academic History for:           TEAUSANT, NICHOLAS MICHAEL
05/02/14 11:21

Assessment Levels for:    RE 2   MA 3   CM 1

Holds:
     14 Academic Probation
     39 Auto Appeal - Academic Probation

Cumulative Totals - Delta College work only
                              U/GP    U/C   Gr.Pt   GPA
              UC Applicable   26.5    9.5   34.0   1.28
              CSU Applicable  29.5    9.5   34.0   1.15
              AA/AS Applicable 29.5   9.5   34.0   1.15
                  All Units   30.0   10.0   36.0   1.20
```

| Summer 2012 | | | Units | Grade | Code | Gr.Pts | Transferable For | | |
|---|---|---|---|---|---|---|---|---|---|
| MUSIC | 004 | Exploring Music | 3.0 | F | | 0.0 | AA | CSU | UC |
| MUSIC | 007 | Excursions in Music | 3.0 | F | | 0.0 | AA | CSU | UC |
| Term GPU: | 6.0 | Cum Pts: | 0.0 | | | | | | |
| Term GPA: | 0.00 | Cum GPA: | 0.00 | | | | | | |

| Fall 2012 | | | Units | Grade | Code | Gr.Pts | Transferable For | | |
|---|---|---|---|---|---|---|---|---|---|
| A J | 051 | Intro Correctional Scie | 3.0 | F | | 0.0 | AA | CSU | |
| ANTHR | 002 | Physical Anthropology | 3.0 | F | | 0.0 | AA | CSU | UC |
| ART | 001C | Art History | 3.0 | F | | 0.0 | AA | CSU | UC |
| FCS | 006 | Nutrition | 3.0 | W | | 0.0 | AA | CSU | UC |
| HIST | 017A | History of the United S | 3.0 | F | | 0.0 | AA | CSU | UC |
| Term GPU: | 12.0 | Cum Pts: | 0.0 | | | | | | |
| Term GPA: | 0.00 | Cum GPA: | 0.00 | | | | | | |

| Spring 2013 | | | Units | Grade | Code | Gr.Pts | Transferable For | | |
|---|---|---|---|---|---|---|---|---|---|
| PEACTIV | 009H | Beg Sports Conditioning | 1.5 | A | | 6.0 | AA | CSU | UC |
| PEACTIV | 014A | Beginning Weight Train | 1.5 | A | | 6.0 | AA | CSU | UC |
| Term GPU: | 3.0 | Cum Pts: | 12.0 | | | | | | |
| Term GPA: | 4.00 | Cum GPA: | 0.57 | | | | | | |

| Summer 2013 | | | Units | Grade | Code | Gr.Pts | Transferable For | | |
|---|---|---|---|---|---|---|---|---|---|
| RELGN | 014B | Great Relgns/West World | 3.0 | B | | 9.0 | AA | CSU | UC |
| Term GPU: | 3.0 | Cum Pts: | 21.0 | | | | | | |
| Term GPA: | 3.00 | Cum GPA: | 0.88 | | | | | | |

| Fall 2013 | | | Units | Grade | Code | Gr.Pts | Transferable For | | |
|---|---|---|---|---|---|---|---|---|---|
| FKC | 096 | Parenting Children in F | 0.5 | A | | 2.0 | | | |
| PEACTIV | 001G | Beg Water Fitness | 2.0 | F | | 0.0 | AA | CSU | UC |
| PEACTIV | 009A | Beginning Individual Co | 1.5 | A | | 6.0 | AA | CSU | UC |
| PEACTIV | 014B | Intermed Weight Trainin | 1.0 | A | | 4.0 | AA | CSU | UC |
| PEACTIV | 025A | Basketball I | 1.0 | B | | 3.0 | AA | CSU | UC |

1  *Academic History for TEAUSANT, NICHOLAS MICHAEL*  -



# News Article

## A statement regarding Nicholas Teausant

| Related Links |
|---|
|  |



3/18/2014

California Military Department Public Affairs Office

"State and national media yesterday reported that a National Guard member from California was arrested in Blaine, Wash., on a federal terrorism charge. In reality, although he enlisted with the Army National Guard in 2012, Nicholas Teausant failed to meet basic education requirements and therefore never attended basic training and never trained or served as a soldier in the California National Guard. In fact, he was pending discharge at the time of his arrest. The California National Guard remains committed to cooperating fully with law enforcement authorities in this matter."

http://www.calguard.ca.gov/PA/Pages/A-statement-regarding-Nicholas-Tea...   9/15/20

Exhibit D



lol hahah i hear half this stuff daily,lol and i still dont know what most of it means@girlssay

**Assad Teausant** @Seattle4lyf · 14 Jan 2012
by far my favorite bands bit.ly/AuCuQt
#pandora

**Assad Teausant** @Seattle4lyf · 14 Jan 2012
thanks for advice kim@KimKardashian

**Assad Teausant** @Seattle4lyf · 14 Jan 2012
GOD BE WITH THE PEOPLE IN IRAQ WHO LIVE IN FEAR BLESS THEM AS I KNOW YOU BLESS AND PROTECT ME

**Assad Teausant** @Seattle4lyf · 14 Jan 2012
dang it's so cold and i can't sleep

**Assad Teausant** @Seattle4lyf · 13 Jan 2012
hey i hope finals are going good for you,when will you update your blog?i want to see more awsome photo's of yours@squidstyle

**Assad Teausant** @Seattle4lyf · 13 Jan 2012
the friend zone reminds me of the wave zone when your in love,it is suffocating,drowning,and pushing you under....it sux

**Assad Teausant** @Seattle4lyf · 13 Jan 2012
i think this is a christian song,what do u think? bit.ly/Afbob3
#pandora

**Assad Teausant** @Seattle4lyf · 13 Jan 2012
I'm listening to Switchfoot Radio on Pandora bit.ly/AuCuQt
#pandora

**Assad Teausant** @Seattle4lyf · 13 Jan 2012
You are the most amazing sote i love your suits i own 4 Hugo Boss suits that i bought from you your taliors rock@Nordstrom

**Assad Teausant** @Seattle4lyf · 13 Jan 2012
hey if your ever questioning your faith just visit rechurch.com but better yet talk to someone you trust and a fello believer

**Assad Teausant** @Seattle4lyf · 13 Jan 2012
She told him shed rather do her makeup then talk about whats going on the problem keeps calling evan with the cell phone gone

**Assad Teausant** @Seattle4lyf · 13 Jan 2012
The universal Question what do you think the meaning of life is for,why are we alive why do we exsist?

**Assad Teausant** @Seattle4lyf · 13 Jan 2012

Exhibit E



**Assad Teausant** @Seattle4lyf · 19 Jan 2012
@YoungRevNHeaven no i do that as well

**Assad Teausant** @Seattle4lyf · 19 Jan 2012
@bryanboy Hugo Boss is Legit the best company ever second only to @BillionairePA

**Assad Teausant** @Seattle4lyf · 18 Jan 2012
VOTE NOW!!! Wealthy Minds "Too Much Faith" Auditions - Carl Thomas - #105: youtu.be/5x7Q9WcX-ww via @youtube @BillionairePA Favorite

**Assad Teausant** @Seattle4lyf · 18 Jan 2012
@squidstyle holy heck no way!really?!oh wow the books are so rich in detail and the movies are just as good

**Assad Teausant** @Seattle4lyf · 18 Jan 2012
@BillionairePA have you thought about sharing your story?ellen.warnerbros.com/show/respond/?...

**Assad Teausant** @Seattle4lyf · 18 Jan 2012
"SPEAK YOUR DREAMS INTO EXISTENCE" what do you dream about doing one day?Well make it happen hit up @BillionairePA for info about interviews

**Assad Teausant** @Seattle4lyf · 18 Jan 2012
@oprah, @tylerperry, @theellenshow, @tyrabanks, @wendywilliams @necolebitchie have You spoken your dreams yet?have a WEALTHY MIND

**Assad Teausant** @Seattle4lyf · 18 Jan 2012
@BillionairePA But then I set my mind to persevere through my hardships to keep working hard,the bible has a WEALTHY MIND

**Assad Teausant** @Seattle4lyf · 18 Jan 2012
the fear of the lord is the beginning of knowledge but fools despise wisdom and discipline.(proverbs 1:7)

**Assad Teausant** @Seattle4lyf · 18 Jan 2012
im watching one of my favorite shows...CNN and i pray god will be with that ship capt and the people still stuck

**Assad Teausant** @Seattle4lyf · 18 Jan 2012
this is ridiculous all that we know to communicate is via the internet many people depend upon it to provide there family food

**Assad Teausant** @Seattle4lyf · 17 Jan 2012
it is time to infect the world with M.T.D hmu if you don't know what it is or ask @BillionairePA

**Assad Teausant** @Seattle4lyf · 17 Jan 2012
I HAVE BEEN INFECTED WITH M.T.D





Home   Notifications   # Discover

**Assad Teausant** @Seattle4lyf · Mar 4
I've harvested 65 of food! gigam.es/etw_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I've harvested 30 of food! gigam.es/etw_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I've collected 45 gold coins! gigam.es/mtw_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I've harvested 130 of food! gigam.es/etw_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I've collected 455 gold coins! gigam.es/mtw_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I've harvested 205 of food! gigam.es/etw_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I have completed the quest 'Clearing out the j...' in the #Android game The Tribez. gigam.es/qtw_Tribez #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I have reached level 6 in The Tribez! Join in and try to overtake me! gigam.es/twt_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I've collected 426 gold coins! gigam.es/mtw_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I have completed the quest 'Weed out 5 bushes ...' in the #Android game The Tribez. gigam.es/qtw_Tribez #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I've harvested 100 of food! gigam.es/etw_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I've collected 147 gold coins! gigam.es/mtw_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

**Assad Teausant** @Seattle4lyf · Mar 4
I've harvested 160 of food! gigam.es/etw_Tribez #android, #androidgames, #gameinsight
Expand    ← Reply    ↻ Retweet    ★ Favorite    ••• More

