PHILLIP A. TALBERT
Acting United States Attorney
JEAN M. HOBLER
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00087 JAM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING REQUEST TO SEAL |
| v. | |
| NICHOLAS MICHAEL TEAUSANT, | |
| aka, Assad, | |
| Defendants. | |

On May 10, 2016, the government filed a request to file under seal the audio designated Exhibit II.E-4 to its Sentencing Memorandum. For the reasons set forth in the request, the request is GRANTED. Exhibit II.E-4, audio, will be filed under seal with the Court.

Dated: May 11, 2016

JOHN A. MENDEZ
U.S. District Judge