IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-cr-087 JAM |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING<br>) REQUEST TO SEAL |
| v. | ) |
| NICHOLAS TEAUSANT, | ) |
| Defendant. | ) |

On May 24, 2016, the defense filed a request to file under seal the audio designated Exhibit A to its Responsive Sentencing Memorandum.  For the reasons set forth in the request, the request is GRANTED.  Exhibit A, audio, will be filed under seal with the Court.

DATED: May _25_ , 2016

HON. JOHN A. MENDEZ
United States District Court Judge

Order Granting Request to Seal