# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
Before the Honorable John A. Mendez

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL MINUTES** |
| v. | Case No.:      14cr87 |
| | Date of Hearing:      June 7, 2016 |
| **NICHOLAS M. TEAUSANT** | Deputy Clerk: Harry Vine |
| | Court Reporter: Cathie Bodene |

**For the Government**:   J. HOBLER; J. HITT; D. SIGLER, Assistant United States Attorney

**For the Defendant**:   B. GALLOWAY; R. BARBOUR, [x] Assistant Federal Defenders

**Defendant**:
[x] Present    [x] In Custody

---

**JUDGMENT AND SENTENCING to Count 1 of the INDICTMENT Plea entered December 1, 2015.**

imprisonment:     144 MONTHS

term of supervised release:     25 YEARS

recommendation:   PHOENIX, ARIZONA          [x] fine waived.

restitution:

special assessment:   $100

right to appeal given:   Yes

---

Proceeding Time: 70 MINUTES