HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
CAROLYN M. WIGGIN, Bar No. 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700

Attorney for Defendant
NICHOLAS TEAUSANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) | Case No. 2:14-CR-087-JAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Notice of Appeal |
| NICHOLAS TEAUSANT, | ) | |
| Defendant. | ) | |

Notice is hereby given that Defendant NICHOLAS TEAUSANT appeals the conviction and sentence that the district court imposed on June 8, 2016, to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

Dated: June 13, 2016

HEATHER E. WILLIAMS
Federal Defender

/s/ *Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Attorney for Defendant
NICHOLAS TEAUSANT

Notice of Appeal                -1-