| CAED 435 (Rev. 03/15) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | **DUE DATE:** |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Carolyn M. Wiggin | 2. EMAIL<br>carolyn_wiggin@fd.org | 3. PHONE NUMBER<br>916.498.5700 | 4. DATE<br>7/1/16 |
|---|---|---|---|
| 5. MAILING ADDRESS<br>801 I Street, 3rd Floor | | 6. CITY<br>Sacramento | 7. STATE CA    8. ZIP CODE<br>95814 |
| 9. CASE NUMBER<br>2:14-cr-00087-JAM | 10. JUDGE<br>JAM | DATES OF PROCEEDINGS<br>11. FROM 12/1/15    12. TO 6/7/16 | |
| 13. CASE NAME<br>U.S. v. Teausant | | LOCATION OF PROCEEDINGS<br>14. CITY Sacramento    15. STATE CA | |

**16. ORDER FOR**
- ☑ APPEAL No. 16-10258
- ☐ NON-APPEAL
- ☑ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☑ OTHER *(Specify)* Death Penalty

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Change of Plea hearing | 12/1/15 | Kelly O'Halloran |
| ☐ OPENING STATEMENTS | | | Sentencing hearing | 6/7/16 | Cathie Bodene |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | |
|---|---|---|
| 19. SIGNATURE /s/ Carolyn M. Wiggin | PROCESSED BY | |
| 20. DATE 7/1/16 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |